IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAURA MCKNIGHT, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | Civil Action No. H-09-3345 |
| | § | |
| D. HOUSTON, INC. D/B/A TREASURES, ET AL., | § § | |
| | § | |
| Defendants. | § | Jury Trial Demanded |

## APPENDIX INDEX

Appendix 1:    Davari Deposition Transcript

Appendix 2:    McKnight Deposition Transcript

Appendix 3:    Turner Deposition Transcript

Appendix 4:    Baker Deposition Transcript

Appendix 5:    Freedman Deposition Transcript

Appendix 6:    McCray Deposition Transcript

Appendix 7:    Moreno Deposition Transcript

Appendix 8:    Affidavit of Hassan Davari