DEPOSITION OF HASSAN DAVARI - 4/7/2010

Page 78

1   talking about.
2       Q.  Yes.  And so sometimes it's a longer process,
3   other times it's a more quick process, based on how you
4   can support the charge?
5       A.  No, they have a deadline.
6       Q.  Okay.
7       A.  You have to provide it within a deadline.  If
8   you don't, you're out of it.
9       Q.  All right.  But if you do support it, the
10  customer can still contest, correct?
11      A.  They can contest.  And they don't charge back
12  us until it's final.
13      Q.  That's right.  So sometimes they are resolved
14  more quickly, other times it could take a little while?
15      A.  From customer's side, I believe they have
16  deadline, too.
17      Q.  Okay.
18      A.  So the time framing, we have deadline.  I
19  don't know what kind of time framing they have as a
20  customer.
21      Q.  Okay.  So is it true that on some big charges,
22  the waitresses will not get paid right away until the
23  big charge goes through?
24      A.  No, that's -- that's not true.
25      Q.  How do you know that?

Page 79

1       A.  Because I know it's not true.
2       Q.  Okay.  So, for example, if a waitress has
3   one -- out of her 20 accounts that night, she has one
4   customer that's $5,000 on American Express, do your
5   managers ever make the waitress wait to make sure that
6   that charge goes through and is not a cost before the
7   waitress gets paid?
8       A.  Only if they're not sure about the charge.
9       Q.  Okay.
10      A.  Like there is a conversation between the
11  customer and managers.  They wait till the next morning
12  to clear it.  But majority of -- or all the time, the
13  credit card get clear immediately.
14      Q.  Right.  But --
15      A.  We call that "disputed tab," not chargeback.
16  It's separate.
17      Q.  Understood.  But on big charges, even where
18  there's no question, have your managers ever made the
19  waitresses or bartenders wait a few weeks or a month to
20  make sure that there will be no contest before they pay
21  them their money?
22      A.  If it wasn't -- not disputed and the tab was a
23  healthy tab, I don't think so, to my recollection.
24      Q.  Okay.  Have you ever heard of that happening
25  if it's a -- a healthy tab, nondisputed?

Page 80

1       A.  Healthy tab, nondisputed --
2       Q.  Yes.
3       A.  -- that was held back?
4       Q.  Yes.
5       A.  Not to my recollection.
6       Q.  Okay.  Have you ever asked any of the managers
7   in your clubs whether they do that?
8       A.  Why they do that?
9       Q.  No, no.  Have you ever asked any of the
10  managers in your clubs whether or not they hold back
11  healthy, undisputed money from the waitresses or
12  bartenders?
13      A.  They're not supposed to, unless it's disputed.
14      Q.  Okay.  And is there any written policy or
15  procedure that talks about that, to your knowledge?
16      A.  No.
17      Q.  What does a waitress in -- in one of your
18  clubs, what do they do on a shift, average duties?
19      A.  To serve the customers.
20      Q.  Okay.  They serve them drinks, I guess?
21      A.  Yes.
22      Q.  Alcohol or nonalcohol?
23      A.  Yes.
24      Q.  They could serve them food?
25      A.  Correct.

Page 81

1       Q.  They can -- if necessary, I guess, if -- if
2   they wanted a -- a dance, they could ask the waitress
3   to send a girl over?
4       A.  That's not part of duty, but if they ask, no
5   problem.
6       Q.  Okay.  Other than the -- the waitress serving
7   drink and food, do they have any other duty at your
8   clubs?
9       A.  Serve customers, basically, as a customer.
10      Q.  Okay.  Does a waitress in one area of
11  Treasures have different duties than a waitress in
12  another area of Treasures?
13      A.  No.
14      Q.  You have something I've heard about called the
15  "VIP area"; is that right?
16      A.  Yes.
17      Q.  Do the waitresses still do what waitresses do
18  in non-VIP area?
19      A.  They are allowed to serve any customer in any
20  part of the club, if that's the question.
21      Q.  Okay.  And is that true whatever club it is
22  that you own?
23      A.  The rest of the clubs, pretty much the same.
24  The waitress is allowed to serve the customer.  It's
25  not like assigned seats or table.

21 (Pages 78 to 81)

654aefdb-1319-41d5-b0b6-457ad605a83f

DEPOSITION OF HASSAN DAVARI - 4/7/2010

Page 82

```
 1       Q.  Okay.  And waitresses at Treasures do the same
 2   thing that waitresses do in your other clubs?
 3       A.  The waitress does the work under the direction
 4   of that club managers.
 5       Q.  Correct.
 6       A.  So the duties is not one duty for all.  It's
 7   not -- they don't have to follow anything.  Like
 8   waitress at Gold Cup doesn't have to follow the same
 9   procedure at Treasure, as far as the schedule and
10   everything, because they directed by their own manager.
11       Q.  I understand that, but let me be clear.
12       A.  Yes.
13       Q.  At all of your clubs --
14       A.  Yes.
15       Q.  -- the waitresses are expected to serve the
16   customer, correct?
17       A.  Yes.
18       Q.  And at each of your clubs, the waitresses
19   serve drinks and food if the customer requires?
20       A.  Yes.
21       Q.  And at each of your clubs, if a customer is
22   paying by a credit card, the waitress will help
23   complete that transaction by bringing it to the bar?
24       A.  Yes.
25       Q.  But I hear what you're saying, that is some
```

Page 83

```
 1   clubs have different schedules than other clubs or
 2   different check-in procedures or other things, and
 3   that's by the management of each club?
 4       A.  Yes.
 5       Q.  Okay.  Have you ever had waitresses work at
 6   more than one club?
 7       A.  They -- if they work at different club, they
 8   have to either quit the other club and they've got to
 9   start over, or just like a brand-new place for them.
10   It's nothing different than with someone else
11   businesses.
12       Q.  All right.  How about dancers, can they work
13   at more than one club at a time?
14       A.  That's the same thing.  They just -- if they
15   want to go to any of my club, it's just like going to
16   someone else's club.  They have to go through the
17   procedure.
18       Q.  Okay.  So let's say there's a dancer whose
19   name is Cindy -- I don't know if there is.  I'm sure
20   there is somewhere.  Can Cindy work, let's say, on a
21   Tuesday night at Treasures and a Wednesday night at
22   Splendor?
23       A.  Since the -- the dancer do not work under
24   the -- as -- you know, they work -- they are
25   independent contractor.
```

Page 84

```
 1       Q.  Okay.
 2       A.  These are commission people.
 3       Q.  Okay.
 4       A.  They can work anywhere in the town they want.
 5       Q.  What I mean, as -- as a company, do you let a
 6   dancer work at more than one club at a time?
 7       A.  They -- they can -- basically, no.
 8       Q.  Okay.  I mean, that -- that -- as a business
 9   owner, you're allowed to have whatever policy you want,
10   correct?
11       A.  What do you mean with that?
12       Q.  What I mean is if you said, "If you dance for
13   Treasures, I don't want you picking nights at all these
14   different clubs."  I mean, you have the right as a
15   business owner to keep an independent contractor
16   separated if you want, don't you?
17       A.  We can -- yeah, we can tell them not to be
18   able to work, yeah.
19       Q.  Okay.  Now, if a customer charges back --
20   meaning they contest a charge, let's say $500, and
21   let's say that the credit card company upholds it, and
22   you lose that $500, right?
23       A.  Yes.
24       Q.  And you've already paid out the money to the
25   waitress, and the bartender, and the dancer, okay, your
```

Page 85

```
 1   managers ask the bartenders, waitress, and dancer, to
 2   give that money back since the club lost it; is that
 3   true?
 4       A.  That's if the charge --
 5       Q.  Yeah.
 6       A.  -- you're saying has been disputed?
 7           What are you saying we do?
 8       Q.  Yeah.  Let me give you an example.
 9       A.  Right.
10       Q.  It's a Saturday night and a gentleman charges
11   $500 on a credit card, okay.  Part of that is a tip,
12   part of that is for dances, part of that is for
13   alcohol.  The exact percentages don't matter for my
14   example.  You have -- at the end of the night, the card
15   goes through.  There was no dispute.  The waitress gets
16   the tips, the bartender gets the tips, the dancer has
17   been paid her money for dances.
18           And then three weeks later, you get a
19   notification that this guy is contesting that charge.
20   And the credit card company pulls the money from you
21   and upholds it, says, "We're not going to pay you."
22   That's a loss to your club, right --
23       A.  Right.
24       Q.  -- is that correct?
25       A.  That's correct.
```

22  (Pages 82 to 85)

U.S. LEGAL SUPPORT - HOUSTON
713-653-7100

654aefdb-1319-41d5-b0b6-457ad605a83f

DEPOSITION OF HASSAN DAVARI - 4/7/2010

Page 86

1    Q.  In that case, the managers will go to the
2  bartender, the waitress, and the dancer, and say,
3  "Okay, that was" -- "it's like we didn't have it.  We
4  lost it.  We need that money back," correct?
5    A.  We -- only if it's like a fraudulent cases, we
6  do that.
7    Q.  Okay.
8    A.  Because we don't allow fraud in our
9  establishment.
10    Q.  Okay.  So in my example, if there was no
11  fraud, it was just a customer who was scared his wife
12  would see the charge or whatever it was.  You know,
13  whatever their reason they make up, your managers do go
14  to the waitress, bartender, and dancer to ask -- say,
15  you know, "Give us the cash back"?
16    A.  To my recollection only on fraud.  Like they
17  added a zero on it, we find out about it, it's a fraud
18  case, we get it back.  That's -- other than that, no,
19  to my recollection.
20    Q.  When you say "fraud," you mean it's one of
21  your employees?
22    A.  One of the -- like, waitresses altered the
23  numbers.  And we had a case where some of the
24  waitresses did that.
25    Q.  Okay.

Page 87

1    A.  Yes.
2    Q.  You would probably fire somebody who was
3  fraudulent?
4    A.  Absolutely.
5    Q.  Okay.  Now, let us set aside the fraud for a
6  moment.
7    A.  Right.
8    Q.  In a standard case, are you aware of where the
9  waitress, for example, would be asked to bring in the
10  cash that she was paid?
11      Let's say her tip portion is $50 where the
12  manager says, "Bring me back the 50," and they would
13  bring it in an envelope in cash; you've seen that
14  happen, haven't you?
15    A.  Right.  But like I -- what I said, I haven't
16  seen it to best of my knowledge.  But to my
17  recollection I haven't seen that.  But, again, it go
18  back -- it is fraud.
19    Q.  Right.  But if there is no --
20    A.  If you come here -- let me make it clear.
21    Q.  Okay.
22    A.  Because you ask same question over and over.
23      If you come and dispute your tab and we
24  send all your paperwork, we consider that chargeback.
25    Q.  Okay.

Page 88

1    A.  And that's -- that's what we do calculation
2  for 2 percent, whether we charge back, right there.
3    Q.  Right.
4    A.  Where it would be completely lost, okay?
5      That's what we call chargeback.  But if
6  it's fraudulent --
7    Q.  Right.
8    A.  -- being altered by the waitress, she subject
9  to return that money and termination.
10    Q.  Right.  Have you ever seen a waitress bring
11  money, cash, in in an envelope -- in a white envelope?
12    A.  I, myself, I have not seen any waitress hand
13  cash to anyone.  I have not eyewitnessed it.
14    Q.  Have you ever heard of that happening?
15    A.  I heard that if -- again, I assumed that was a
16  fraudulent.
17    Q.  Okay.  Have you ever asked -- and I don't know
18  if you have, but in the last three to four years, have
19  you ever asked any of your managers, "Do you ask the
20  bartender, waitress, or dancer to return the money to
21  us that we paid to them if there is a chargeback?"
22    A.  Yes.
23    Q.  And what were you told?
24    A.  I -- I told them that that's not a chargeback.
25  I want to make that clear.  Sometimes managers call me

Page 89

1  and tell me that we have a customer call this morning.
2  He had a tab last night.  He disputed it.  He came and
3  looked at his voucher.  The number on it is not
4  correct.  He didn't keep 500 -- for example.
5    Q.  Okay.
6    A.  I just pick a number.  It was $50.  The
7  waitress add zero to it.  That's a fraud, again, and,
8  yes, I'm aware of that.
9    Q.  Okay.
10    A.  I need to make it clear, Mr. Mart [sic] --
11    Q.  Yeah.
12    A.  I guess I answer these questions so many
13  times.
14    Q.  Yes.
15    A.  The chargebacks --
16    Q.  Yeah.
17    A.  -- they come in order to -- we process it.  We
18  have a deadline.  And the credit card company say
19  "Okay.  This is chargeback" -- marked as a chargeback.
20  We say, "Okay.  You go after the customer."  That's
21  considered a chargeback, and the 2 percent calculation
22  is only based on that chargeback.
23    Q.  Right.  And -- and I understand that.  And I
24  don't -- I am not worried about the fraud anymore.
25  You've already answered me that you are unaware of

23  (Pages 86 to 89)

654aefdb-1319-41d5-b0b6-457ad605a83f

DEPOSITION OF HASSAN DAVARI - 4/7/2010

Page 90

1  managers asking your employees or the dancers to bring
2  money back in envelopes in nonfraud cases.
3      A.  To the best of my knowledge, to my
4  recollection, yes.
5      Q.  Okay.  If a manager did that, would that be
6  against your policies?
7      A.  They -- they're not supposed to, yeah.
8      Q.  Okay.  And have you ever -- at any of the
9  clubs, have you ever gone out -- I mean, you -- you
10  saw -- in this lawsuit, we alleged that happened,
11  right?
12      A.  Allege what happened?
13      Q.  We alleged that -- that bartenders, and
14  waitresses, and some dancers, if there is an account
15  that you have to pay back, you know, it's $500 and the
16  customer gets their money back, and you lose that
17  money, even though you've paid it out, you've now lost
18  it because you've paid it to other -- to the staff and
19  the dancers, you know that my clients allege that the
20  managers would say, "Okay.  Bring in an envelope with
21  cash"?
22      A.  Bring your envelope with the cash?
23      Q.  Yes.
24      A.  That's what he -- the manager said, "Just
25  bring envelope cash?"

Page 91

1      Q.  Yes.
2      A.  No number, nothing, no reason?
3      Q.  No, no, no.  They add it up.  They say, "Here
4  was the charge.  Here's what you were paid.  You owe us
5  150" --
6      A.  Did they ask --
7      Q.  -- "bring it?"
8      A.  I'm sorry.  I'm asking question.
9      Q.  Yes.  Go ahead.
10      A.  Did they ask them why I have to bring this
11  money?
12      Q.  Oh, of course.  And they said --
13      A.  They said the customer disputed due to the
14  fraudulent last night?
15      Q.  No, no, no, no.  Not fraud, but you're saying
16  if it was, it would be fraud?
17      A.  To the best of my knowledge, yes.  That's the
18  way they're supposed to do it.
19      Q.  Okay.  Do you have any records, any documents,
20  that would show fraud where employees had to pay the
21  money back?
22      A.  Basically, the managers called and the tab get
23  disputed, the customer show up next morning.  He bring
24  his own receipt, and he show it.  That was a zero that
25  was added on to, on the right side, not the left side.

Page 92

1      Q.  Okay.  And do you-all maintain those
2  documents?
3      A.  When the customer compare it, the manager on
4  that particular club use his judgment and issue a
5  credit or void that charge at all.
6      Q.  Okay.  Does -- does that happen a lot, fraud
7  with the waitresses adding numbers?
8      A.  From time to time, yes, you see it.  We had
9  one person really did it, but after we caught her.  She
10  did a lot of fraudulent.  And we caught it, what she
11  was doing.
12      Q.  Who was that?
13      A.  I cannot mention the name, sir.
14      Q.  Why is that?
15      A.  For the privacy of the person.  Unless I'm
16  under the order of the Court, I don't think -- I'm
17  sorry.  You can read the procession [sic], but I don't
18  think I can.
19      Q.  Okay.
20      A.  I don't know if I'm allowed to do that at this
21  point.  If Courts order me, I'll be glad to.
22      Q.  Well, it's up to your lawyers if they let you
23  answer the question.
24      A.  But, still, I don't think so.
25          MS. SERPER:  No, he'd rather not identify

Page 93

1  anybody specifically.
2      Q.  (BY MR. SHELLIST)  Okay.  Do you have the
3  records that would support that?
4      A.  I would be able to have people to -- people
5  who report it to me to support my conversation.
6      Q.  Okay.  What I'm asking is, though --
7          MR. SHELLIST:  Bless you.
8      Q.  (BY MR. SHELLIST)  If I want to look at any
9  records in a file folder, is there a file somewhere per
10  club or in D. Texas or anywhere that supports the
11  fraudulent paybacks that the staff have to give money
12  back to the club?
13      A.  I need to check with the manager.
14      Q.  Okay.
15      A.  Like, to see what they can provide me.
16      Q.  Okay.  On your tax return if you have
17  chargebacks, if you have disputed charges, money that
18  comes off that you don't get, that let's say you've
19  already done the books for one month, get turned into
20  the accountant, but the next month the customer
21  contests it, do you write off those --
22      A.  That's --
23      Q.  -- losses?
24      A.  That's something I need to check with my CPA
25  to see how he do it.

24  (Pages 90 to 93)

U.S. LEGAL SUPPORT - HOUSTON
713-653-7100

654aefdb-1319-41d5-b0b6-457ad605a83f

DEPOSITION OF HASSAN DAVARI - 4/7/2010

Page 94

1    Q.  Okay.  Sitting here today, you're not sure?
2    A.  Right.
3    Q.  Okay.  Now --
4         MS. SERPER:  Don't worry, George.  We'll
5    check.
6    Q.  (BY MR. SHELLIST)  Now, on the employee's W-2
7    that they get every year to reflect their income and
8    earnings, does the W-2 reflect 100 percent of their
9    tips from the charges, or does it only reflect the 95
10   percent that they actually get?
11   A.  I believe it's what they get.
12   Q.  Okay.  Again, I -- this is not a memory test
13   or -- you know, I just need to verify what -- what
14   you're telling me.  Are you sure about that?
15   A.  To the best of my knowledge, I said they -- it
16   shows what they get paid.
17   Q.  It does not show the 100 percent --
18   A.  It does --
19   Q.  -- it shows the 95?
20   A.  To best of my knowledge, it doesn't show the
21   100 percent.
22   Q.  Who would know that exactly?
23   A.  Bookkeeping.
24   Q.  At each location, or would that be Glenda?
25   A.  At each location.

Page 95

1    Q.  Because they are the ones who turn in the
2    numbers for payroll to Glenda?
3    A.  Yeah.  But I believe they get reported on what
4    the -- they get paid.
5    Q.  The actual amount?
6    A.  Yeah, because the other 5 percent get picked
7    up for the club income.
8    Q.  Right.  We'll verify that either with --
9    A.  Sure.
10   Q.  The bookkeepers or the CPA will know for sure,
11   right?
12   A.  Yes.
13   Q.  Is there -- there's an entity that I heard of
14   called "D. 6218 Richmond."  What is that?
15   A.  D. 6218 Richmond?
16   Q.  Yeah.
17   A.  That's a -- I believe that's property on
18   Richmond that I own.
19   Q.  Okay.  But it is not a -- an adult club?
20   A.  No, it is not.
21   Q.  Okay.
22   A.  Where did you hear that?
23   Q.  Hum?
24   A.  Where did you hear that?
25   Q.  Secretary of State.

Page 96

1    A.  Okay.
2    Q.  Very easy.  You type in Hassan Davari.  Boom.
3    A.  Sure.
4    Q.  All the public information comes up.
5         Now -- and if you want, I mean, I -- I
6    don't --
7    A.  No, that's --
8    Q.  If you own other property, that's fine.  I
9    don't --
10   A.  No, that's good.
11   Q.  It doesn't matter.
12        How does your business determine how much a
13   dance costs?
14   A.  How my business...
15   Q.  Yeah, how do you determine how much a customer
16   gets charged for a dance?
17   A.  It's always been one number everywhere.  It's
18   a customer standard.
19   Q.  And what is that?
20   A.  It's $25.
21   Q.  Okay.  So pretty much in your industry, that's
22   a standard?
23   A.  Yes.
24   Q.  Okay.  And it's been that way for a long time?
25   A.  In my business, I will say yes.

Page 97

1    Q.  It's been that way for a long time?
2    A.  Yes.
3    Q.  Okay.  In your clubs if a customer pays cash,
4    they pay $20 for a dance; is that right?
5    A.  Not supposed to be.
6    Q.  Well, I -- I'm just asking you what they do.
7    A.  No, because our instruction to all the
8    salesperson who is sales commission people --
9    Q.  Yeah.
10   A.  -- is all the table dances, $25.
11   Q.  Okay.  So you instruct the dancers that cash
12   or credit card, 25?
13   A.  Yes.
14   Q.  You tell them that?
15   A.  Right.  And I believe we got it posted in all
16   the places, in applications, everywhere.
17   Q.  Whether it is cash or credit card?
18   A.  $25, yes.
19   Q.  Okay.  So if I my clients say that if it's a
20   credit card, it's $25, and if it is cash, it is $20,
21   you would disagree with that?
22   A.  I disagree with that.  That's -- that's not my
23   policy.
24   Q.  I thought the independent contractors get to
25   decide what they want to charge?

25 (Pages 94 to 97)

654aefdb-1319-41d5-b0b6-457ad605a83f

DEPOSITION OF HASSAN DAVARI - 4/7/2010

Page 98

1    A. That's what I'm trying to say. Because if
2  they negotiate at a table when I'm not there, they
3  could charge $22 or $18. I have no control over that.
4  But my policy is all the cash -- all the table dances
5  that we're aware of it in a club, $25.
6    Q. All of the dances that are processed through
7  the club are $25.
8    A. All the dances that are going through -- at
9  the club, our club, is $25.
10   Q. Right. Cash or credit card?
11   A. Cash or credit card.
12   Q. Right. Now, you're saying that's the way it's
13 supposed to be?
14   A. That's what the policy is.
15   Q. Okay. In actuality, at Treasures, for
16 example, dancers charge typically 20 for cash, 25 for
17 credit?
18       MS. SERPER: I am going to object.
19 That's asked and answered. He's already answered the
20 question three times.
21       MR. SHELLIST: He's told me what the
22 policy is. I'm asking what is done.
23       MS. SERPER: He -- he told you.
24   Q. (BY MR. SHELLIST) Well, go ahead and tell me
25 one final time. What actually happens?

Page 99

1    A. I disagree with that.
2    Q. Okay.
3    A. Because the price of a table dance throughout
4  our club is $25, our policy.
5    Q. I thought you said some dancers could
6  negotiate $22?
7    A. If I'm not aware of it, I don't know what they
8  charge. You told me that they pay $20. I said I'm not
9  aware of it. I mean to -- what I'm saying is I have no
10 control over what exchange from one hand to another
11 one, as far as the cash for the table dances. But the
12 instruction is when you dance, $25 cash or credit card.
13   Q. Have you seen instances in any of your clubs
14 where people have paid less than 25 for cash dances?
15   A. Not to my knowledge. I'm not aware. Because
16 they're supposed to charge $25.
17   Q. Okay. All right. Now, have you ever -- in
18 any way, shape, or form, Mr. Davari, have you ever
19 looked into whether dancers are charging less for cash
20 than credit card dance?
21   A. Have you ever looked into it?
22   Q. Have you ever investigated it?
23   A. I don't -- I put the message out, and I post
24 it on their application myself. And I announce it.
25 And I believe on that -- some of the paperwork that's

Page 100

1  processed, it's mentioned that all of the table dances
2  are $25, cash or credit card.
3    Q. You I think it says "cash or credit card" on
4  your postings?
5    A. I have to look.
6    Q. Okay.
7    A. But that's -- that's what I -- yes.
8    Q. And -- and I appreciate it. I understand that
9  you get the message out. My question is: Have you
10 ever investigated by talking to managers whether, in
11 fact, your policy is being followed?
12   A. I never -- if the -- I myself emphasize that
13 in my meeting with the manager. Just mention it.
14   Q. Okay. And -- all right. So other than
15 mentioning it, getting the word out, you don't have
16 some investigation you did where you asked everybody at
17 every club, all the managers, "Is the cash dance the
18 same as credit card dance?"
19   A. I enforce the policy. I post it. That's all
20 I can do.
21   Q. Okay. Have you ever disciplined a dancer for
22 charging less than 25?
23   A. It not brought to my attention. I enforce it.
24 That's the policy. I post it. So obviously there's no
25 violation on it to come to my attention.

Page 101

1    Q. Okay. So you've never had --
2    A. To the best of my knowledge.
3    Q. You've never heard of that problem existing?
4    A. My policy is not to do 25 table dance --less
5  than $25 table dance. Cash or credit card, it's $25.
6    Q. Right.
7    A. I don't know how that I can -- how any other
8  way I can answer it.
9    Q. Well, I asked if you disciplined a dancer for
10 charging less?
11   A. I never disciplined, no.
12   Q. Okay.
13   A. I didn't have a situation I disciplined.
14   Q. Okay. And when you said before you -- this
15 $22 that someone could negotiate, my question is --
16   A. I'm not saying -- I said whatever is in
17 conversation between dancers at a table --
18   Q. Um-hmm.
19   A. -- and the customers --
20   Q. Yeah.
21   A. -- I have no control over that, because I
22 don't hear it. I don't see it.
23   Q. Oh, okay.
24   A. We're talking about cash.
25   Q. Okay. All right. Now, on the credit card

26  (Pages 98 to 101)

U.S. LEGAL SUPPORT - HOUSTON
713-653-7100

654aefdb-1319-41d5-b0b6-457ad605a83f

Page 102

1  side, the ones that you process through your house, you
2  make 100 percent sure that that's $25 per dance?
3      A.  I make sure all the table dance is $25.  And
4  credit card proves it to me.  Yes, they are $25 by
5  looking at every one of them.
6      Q.  That's right.  Okay.
7      A.  And that proves it to me that it is $25.
8      Q.  Okay.  And there -- there is a sheet that each
9  waitress has where she fills out amount of drinks,
10  amount of dances, and then food, and totals?
11     A.  Yes.
12     Q.  Okay.  So you know where it says "price per
13  dance" on there, they write 25; that's how you can make
14  sure your policy's being followed?
15     A.  That's where I itemize that $25, yes.
16     Q.  Okay.  And the -- the house -- the company
17  takes a piece of the dances, the credit card dances,
18  true?
19     A.  Well, that's -- all the dancers are called
20  sale commission people, and that's a sale to the house,
21  and they keep 20; we keep 5.
22     Q.  Right.  So to be clear --
23     A.  Well, obviously, clear.  Because you say,
24  yeah, $20 go to them, $5 go to...
25     Q.  The house keeps a part of the dances for

Page 103

1  credit card dances?
2      A.  The price of the house is like a sales
3  product.  $20 go to the dancer, $5 -- this is the way I
4  can put it out.  And I think that answers your
5  question.  Because $5 stay in the house, and $20 with
6  the dancers.
7      Q.  On credit-card-processed dances?
8      A.  It's supposed on the cash, too, yes.
9      Q.  Well, is there a written policy that says that
10  you get 20 percent of cash dances?
11     A.  We hold 20 percent of the sale, which is cash.
12  It say 20 percent of the table dances.  I don't know if
13  it's specified cash or not.
14     Q.  Okay.  And to your knowledge, I mean, have you
15  seen the -- strike that.
16         Who collects the money to distribute
17  80 percent to the dancer, and 20 percent to the house?
18     A.  Again, the -- at the end of the night, we
19  talk.  Each club, they got their own policy.
20     Q.  Um-hmm.
21     A.  The person in charge to pay, he calculate all
22  the dance tickets and pay the 80 percent of that to the
23  lady.
24     Q.  Now, dancers, when they collect cash money
25  from the customer, they keep all of it; they never tell

Page 104

1  the house how much it is, do they?
2      A.  No, but they're supposed to report it and pay
3  their portion.
4      Q.  But they don't do that?
5      A.  I don't know if they do that or not.
6      Q.  Okay.
7      A.  They're supposed -- they're supposed to do
8  that.  I'm hoping they're doing that.
9      Q.  When was the last time you ever checked
10  whether or not they were doing that?
11     A.  I haven't checked into it.
12     Q.  Okay.  Your business earns a fair amount of
13  money on this 20 percent cut, correct?
14     A.  We earn 20 percent.  I -- fair amount of
15  money, I -- I don't know if I'd put that next to it or
16  not.  But, yes, to answer your question, we achieve 20
17  percent.
18     Q.  Right.  It's a lot of money.  It's millions of
19  dollars a year; is that true?
20     A.  Whatever it is on paper.  You can get it from
21  CPA.  I just can't --
22     Q.  Okay.
23     A.  -- provide it to you.
24     Q.  Okay.  And when the dancers want to come and
25  work for you, do they have to meet with the manager to

Page 105

1  decide that they're club material, I guess?
2      A.  They go right through the application process,
3  yes.
4      Q.  Okay.  With some manager?
5      A.  With a manager, yes.
6      Q.  Okay.  And if the manager says, "Yes, Cindy,
7  you can come and work here.  You start tonight," the
8  dancer when they show up, they have to pay to get into
9  the club, correct?
10     A.  Yes.
11     Q.  And how much is that?
12     A.  It varies.  If -- I guess they get some
13  incentive if they come early.  It could be anywhere
14  from 5 bucks to a little bit higher.
15     Q.  Okay.  So what is that range, then?
16         Let's say that they come in at 9:00 instead of
17  at midnight?
18     A.  I think about around $35 or $40.
19     Q.  Okay.  And does each of your club have this
20  sliding scale based on the time the dancer arrives?
21     A.  Each one of them decide how to handle that,
22  you know.
23     Q.  Right.
24     A.  I'm pretty sure they do.
25     Q.  Right.

27  (Pages 102 to 105)

Page 106

```
1      A.  That's something manager decide on.
2      Q.  And I understand that the exact dollar amount
3  can be different, but to your knowledge, each club has
4  this different amount based on the time?
5      A.  Right.
6      Q.  Okay.  Now, why is there a -- why does a club
7  want to give an incentive to a dancer to come earlier?
8      A.  Because some dancers come in.  It's a slow
9  time.
10     Q.  Okay.
11     A.  They should have some incentive for them.
12     Q.  Okay.
13     A.  It's just a sales commission.
14     Q.  And -- and why do you charge dancers money to
15  come into your club?
16     A.  To use all the facility in the club.  The --
17  basically, they are independent, just like any other
18  independent contractor.
19     Q.  Well, when a carpenter comes in to repair a
20  bathroom stall, do you charge them money to come in?
21     A.  No, you're saying it backward.
22     Q.  Okay.
23     A.  The carpenter go to Home Depot to pick up a
24  saw --
25     Q.  Yeah.
```

Page 107

```
1      A.  -- he use that so he has to rent it.
2          When a carpenter want to go buy some
3  material from Home Depot, he has to pay for it.
4      Q.  Okay.
5      A.  He's got to put gas in his car if he come
6  here, so that's expenses.  We have expenses like
7  lighting, insurance --
8      Q.  Right.
9      A.  -- legal fees that are beneficial to this
10  independent contractor at no additional cost, a
11  slightly -- a small portion of the money.  And they can
12  take advantage of this and make all the money.
13     Q.  Well, what do they get for their door fee;
14  what facilities do they get?
15     A.  What facility?
16     Q.  Yeah.
17     A.  They get the DJ I pay for to play the music,
18  the light show, the insurance, the locker room, the
19  furniture they use, many items.  Anything available in
20  the club --
21     Q.  Okay.
22     A.  -- is available to them for a small portion,
23  again.
24     Q.  Oh, okay.  No, I understand it's 5 to $40,
25  whatever, on average.
```

Page 108

```
1      A.  Yeah.
2      Q.  Now, when -- when a person goes to Home Depot
3  to buy the table saw, they're a customer of Home Depot;
4  they're not a contractor for Home Depot, right?
5      A.  What I'm saying, they're paying for that to
6  use.  They using for that -- they're paying for the saw
7  to buy to go work with it.
8      Q.  Oh, okay.
9      A.  Yes.  I'm not comparing to the -- as a
10  customer.
11     Q.  Okay.
12     A.  What I'm saying is -- you understand that,
13  sir?
14     Q.  Yeah, I think what you're saying is you have
15  --
16     A.  I have all this facility available to these
17  ladies, entertainer.
18     Q.  Okay.
19     A.  Got to be some fee to them.
20     Q.  That makes sense.  Okay.
21          And do you pay -- strike that.
22          I mean, other than the DJ, the light,
23  insurance, locker room, and furniture --
24     A.  And any other items that don't come to my mind
25  right now.
```

Page 109

```
1      Q.  Okay.  But there are a lot of other things?
2      A.  A lot of -- yes.
3      Q.  Okay.  Now, why is it, then, if they're paying
4  this door fee, why do they have to give you a
5  percentage of their sales, putting it in quotes?
6      A.  That's because they are sales commission
7  people.  Any business, the sales, part go to the sale
8  person, part go to the house.  It's like commission to
9  them.
10     Q.  Okay.  Sales people -- when somebody sells
11  something for -- like, Home Depot has a salesperson,
12  right, to talk about Home Depot.  I mean, the dancers
13  at this point have to pay the 20 percent, right, on
14  $25, so $5 per dance?
15     A.  Right.
16     Q.  You view the -- the dancers as your
17  salespeople?
18     A.  Yeah, the -- the sale commission people.
19     Q.  Okay.  If someone is dancing for you for
20  Treasures --
21     A.  Yes.
22     Q.  -- are they allowed to go work for your
23  competitor, a -- a non-D. Texas company?
24     A.  Yeah, they're allowed.
25     Q.  Meaning, it's okay with you?
```

28 (Pages 106 to 109)

654aefdb-1319-41d5-b0b6-457ad605a83f

Page 110

1    A.  It's okay with me.  I have no control on them,
2  yeah.
3    Q.  Well, your control is to say, "You can go work
4  for whoever you want, but if you're working for
5  D. Texas, we don't want you to go work for ABC Club.
6  If you work for ABC Club, we don't want you to work
7  here as a contractor."  I mean, is -- do you have a
8  policy about that or not?
9    A.  They might be working for some other places we
10  don't know, or we don't have really policy -- strong
11  policy on that.
12    Q.  All right.  If you don't know, what is your
13  preference?
14    A.  My preference?
15    Q.  Yes.
16    A.  It doesn't matter what my preference is.  What
17  is the market.  I have to stay within a market.  My
18  preferences is not really important.
19    Q.  Do you tell any of the dancers, "You are not
20  allowed to go and work for competitors while you work
21  for us"?
22    A.  No, I never tell them.
23    Q.  Okay.  Let me show you -- this is marked as --
24  as 1.  I just have one copy of it.  I didn't --
25    A.  Let me make a little correction on that before

Page 111

1  you --
2    Q.  Yeah, yeah.  Go ahead.
3    A.  On -- like, again, if the dancers go work on
4  another -- another club work --
5    Q.  Yeah.
6    A.  -- I have no control on it.  I guess I
7  mentioned that, right?
8    Q.  Yeah, you --
9        MS. SERPER:  Why don't I make some copies
10  real quick.
11        MR. SHELLIST:  That's fine.
12        MS. SERPER:  Two seconds off the record,
13  and I'll be right back.
14        MR. SHELLIST:  Sure.
15        (Break from 12:32 p.m. to 12:36 p.m.)
16        (Exhibit No. 1 was marked.)
17    Q.  (BY MR. SHELLIST) Mr. Davari, I'm showing you
18  Exhibit 1, which was provided to me by your counsel in
19  some request for production responses, and it says
20  "Treasures Credit Card Processing Summary" at the top;
21  do you see that?
22    A.  Yes.
23    Q.  Do you know who prepared this?
24    A.  They told me my CPA did.
25    Q.  Okay.  And if you look at the top left where

Page 112

1  it says "Totals, All Cards," that column; you see that?
2    A.  Yes.
3    Q.  And then it goes through '06, '07, '08, and
4  '09 on the left side; do you see that?
5    A.  Yes.
6    Q.  All right.  At the bottom left, there is a
7  percentage that says "2.43 percent," which appears to
8  be an average percentage for the processing fee; do you
9  see that 2.43?
10    A.  Yes.
11    Q.  Do you have any reason to dispute that the
12  average from American Express, Discover, and MasterCard
13  is 2.43 for this time period?
14    A.  That's what these papers say.  I won't dispute
15  it, because that's what I see on it.  But...
16    Q.  Okay.
17    A.  That's what I see on this paperwork.
18    Q.  So for this time frame, if it's 2.43 percent,
19  then the amount -- if a 5 percent amount was charged,
20  that's double the amount, correct?
21    A.  According to what you see, yes, sir.  Correct.
22    Q.  Okay.  Now, this paper exists, the accountant
23  or whomever prepared it, do you know if there are any
24  backup documents which would reflect an analysis on
25  this risk that you take as a business owner, this

Page 113

1  chargeback or disputed charge risk that -- that you add
2  to this?
3    A.  You mean the other charges, support charges?
4    Q.  Yeah.
5    A.  I assume there is.
6    Q.  Okay.  And -- and there may be, but have you
7  seen it, if there is one?
8    A.  I believe there is.
9    Q.  You believe you have seen one?
10    A.  Yes.  A charge -- I've seen chargeback from
11  time to time.
12    Q.  And who prepares those summaries?
13    A.  What summaries?
14    Q.  The chargeback summaries.
15    A.  The chargeback they get from bank statement.
16    Q.  Right.
17    A.  They get picked up from banks.
18    Q.  I guess my question is:  Do you -- do you ever
19  ask any of your club employees to prepare summaries on
20  chargebacks so that you can continue to analyze it in a
21  broader scope so you don't need to look through every
22  piece of paper, you just look at a summary?
23    A.  I see it on, I guess, bank statement.
24    Q.  Okay.  And you use Wells Fargo for banking?
25    A.  For -- not for all the clubs.  I use different

29  (Pages 110 to 113)

654aefdb-1319-41d5-b0b6-457ad605a83f

DEPOSITION OF HASSAN DAVARI - 4/7/2010

Page 114

1    banks.
2        Q.  Okay.
3        A.  For each club, use different bank.
4        Q.  What banks are used by each club?
5        A.  I believe Wells Fargo is one of them.  Texas
6    Community is another one.
7        Q.  And which clubs use each of those?
8        A.  I have to pro -- can I provide that later to
9    you --
10       Q.  You can.
11       A.  -- to be precise?
12       Q.  Sure, you can.
13           Can you tell us also why -- why would you
14   use different banks for different clubs?
15       A.  I think that maybe, again, somebody in the
16   bank talks -- recruited business through the
17   managers --
18       Q.  Okay.
19       A.  -- cab man -- club managers.
20       Q.  Now, if a club has several managers, are they
21   allowed -- is each manager allowed to make contracts
22   for that club?
23       A.  For that club?
24       Q.  Yeah.
25       A.  They're authorized to run the club, yes.

Page 115

1        Q.  Okay.  Which would include the -- the wage
2    policies, how the employees get paid and all of those
3    things?
4        A.  It's pretty standard when they hire them, yes.
5    They -- they -- they have the knowledge of hiring them
6    and offering the money.
7        Q.  And the process, meaning the 5 percent or
8    4 percent that gets charged, that's something that the
9    managers oversee and participate in?
10       A.  They stay -- they're aware of that number,
11   yes.
12       Q.  Well, they're not just aware of it; you said
13   earlier that they may have been the ones who came up
14   with it?
15       A.  Yes.
16       Q.  Okay.  Can you recall for Treasures and each
17   of the other clubs that are defendants in this case,
18   which managers decided whether it was 4 or 5 percent
19   for the credit card process fee to the waitress and
20   bartender?
21       A.  I can't make a recall on that, really.
22       Q.  So, for example, at Treasures, do you know
23   whether it would have been your lead manager who would
24   have made that decision?
25       A.  Since, you know, sometimes go through

Page 116

1    different managers, I wouldn't be able to make a recall
2    on it right now.
3        Q.  Okay.
4            MR. SHELLIST:  Let me see.  This -- I
5    only have one.  I -- I don't need to look at it,
6    Lauren.  If you want to hold on -- hold on.  You can
7    look at it with him if you want to.  I don't need a
8    copy right now.
9            MS. SERPER:  Okay.
10           MR. SHELLIST:  If we need copies, we can
11   get them at a break.
12           MS. SERPER:  Do you want to mark this as
13   an exhibit?
14           MR. SHELLIST:  I'd be happy to, yeah.
15   Here, let's put that -- let me see if -- I don't want
16   to block any of the --
17           (Exhibit No. 3 was marked.)
18           MS. SERPER:  Okay.  So it says "No. 3."
19           MR. SHELLIST:  I have 2 in here --
20           MS. SERPER:  Oh, oh, okay.
21           MR. SHELLIST:  -- that I may use.
22           MS. SERPER:  Okay.  Okay.  That's fine.
23   So we'll just call it No. 3.
24           MR. SHELLIST:  Yeah.
25       Q.  (BY MR. SHELLIST)  Can you tell us what

Page 117

1    Exhibit 3 is, Mr. Davari?
2        A.  This is a tab sheet.
3        Q.  And do all of the waitresses at Treasures use
4    the tab sheet?
5        A.  Yes, sir.
6        Q.  Is there a tab sheet used at each of your
7    clubs?
8        A.  Yes, sir.
9        Q.  Okay.  Other than the name Treasures at the
10   top or D. Houston, Inc., does the form look similar to
11   this?
12       A.  Not quite.
13       Q.  Okay.
14       A.  As far as the format, instead of the -- I
15   would say they're different.
16       Q.  Okay.  But the content, the -- the information
17   you're gathering is -- is the same?
18       A.  No, sir.
19       Q.  Why would you want each of your clubs to have
20   a different way to gather different information from
21   customers?
22       A.  Probably, that's something that manager
23   decided is better for that club.  That club manager
24   decide for that club due to the location, whatever
25   that -- manager decision to reduce prices -- different

30  (Pages 114 to 117)

654aefdb-1319-41d5-b0b6-457ad605a83f