IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAURA McKNIGHT, TRISHA TURNER, ANDREW BAKER, RACHAEL FREEDMAN, KIMBERLY McCRAY, and MARGO MORENO, | * * * * * | |
| Plaintiffs, | * * | |
| V. | * * | Civil Action No. H-09-3345 |
| D. HOUSTON, INC. D/B/A TREASURES, A.H.D. HOUSTON, INC. D/B/A CENTERFOLDS, D N.W. HOUSTON, INC. D/B/A GOLD CUP, D. RANKIN, INC. D/B/A TROPHY CLUB, D WG FM, INC. D/B/A SPLENDOR, W.L. YORK, INC. D/B/A COVER GIRLS, AND, IN THEIR INDIVIDUAL CAPACITIES, ALI DAVARI and HASSAN DAVARI, | * * * * * * * * * * | Jury Trial Demanded |
| Defendants. | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF
RACHAEL FREEDMAN
MAY 13, 2010
Volume 1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION of RACHAEL FREEDMAN, produced as a witness at the instance of the Defendants, and duly sworn, was taken in the above-styled and numbered cause on May 13, 2010, from 3:06 p.m. to 4:09 p.m., before Connie Koenig, RPR and CSR No. 6577 in and for the State of Texas, reported by stenographic method, at Shellist Lazarz, L.L.P., 3/D International Building, 1900 West Loop South, Suite 1910, Houston, Texas 77027, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record attached hereto.

Page 2

A P P E A R A N C E S:

FOR THE PLAINTIFFS:

MR. MARTIN A. SHELLIST
SBOT No. 00786487
Shellist Lazarz, L.L.P.
3/D International Building
1900 West Loop South, Suite 1910
Houston, Texas 77027
713/621-2277

FOR THE DEFENDANTS:

MR. ALBERT VAN HUFF
SBOT No. 24028183
Monshaugen & Van Huff, P.C.
1225 North Loop West, Suite 640
Houston, Texas 77008
713/880-2992

MS. LAUREN M. SERPER
SBOT No. 18032100
Attorney at Law
3405 Edloe, Suite 200
Houston, Texas 77027
713/278-9398

Page 3

INDEX

Appearances                                  2

Stipulations                                 4

RACHAEL FREEDMAN

  Examination by Mr. Van Huff            4
  Examination by Mr. Shellist          47
Signature and Changes                  50
Reporter's Certificate                 52

E X H I B I T S

1  Signed Copy of Treasures' Tipping Policy  41

Page 4

THE REPORTER:  Stipulations?

MR. SHELLIST:  Same stipulations as the other ones.

THE REPORTER:  Signature?

MR. SHELLIST:  Read and sign.

RACHAEL FREEDMAN,
having been first duly sworn, testified as follows:

E X A M I N A T I O N

BY MR. VAN HUFF:

Q.  Good afternoon, Ms. Freedman.  My name is Al Van Huff.  I'm an attorney and I represent Treasures and the other clubs and individuals that are Defendants in this case.

We're here today to take your deposition. It should be about an hour-and-a-half or two-hour process.  What it consists of is me going over the allegations that you made in your lawsuit, the answers to interrogatories and the declaration that you signed that's attached to the motion for notice for class members in this case.  Okay?

A.  Uh-huh.

Q.  A few things.  Was that a yes?

A.  That was a yes.

Q.  Okay.  The Court Reporter here is going to be making a transcript of the questions that I ask and your

Page 5

answers to the questions.  And it's very difficult for her to transcribe answers like uh-huh and uh-uh.  So one of the things that I'll ask that you do is, when I ask you a question that's a yes-or-no question, just answer yes or no instead of going uh-huh or uh-uh.  Okay?

A.  Yes.

Q.  All right.  And another thing that I'll ask is that, if you don't understand a question, let me know. Otherwise the jury, the Judge and myself are all going to assume you understood the question that I asked.

Do you understand?

A.  Correct.  I understand.

Q.  Why were you terminated from Treasures?

MR. SHELLIST:  Object to the form.

But you can answer it.

A.  I wasn't terminated from Treasures.

Q.  (BY MR. VAN HUFF)  Why did your employment stop with Treasures?

A.  I believe it stopped because they asked me to pay on a tab that was being charged back, and I told them I could not pay the money at that time, that I would make it in payments.  And then about three days later they said I needed to lose 20 pounds or something before I came back to work.  And I just never went back.

Q.  So it didn't have anything to do with adding

Page 6

1   zeros to tabs?
2       A. No.
3       Q. And to tip amounts on tabs?
4       A. Zeros to tabs? I know nothing about that.
5       Q. Did anyone ever ask you about that at
6   Treasures?
7       A. No.
8       Q. When was the last time you talked to Laura
9   McKnight?
10      A. Whenever the beginning of this lawsuit was.
11      Q. What did y'all talk about?
12      A. She asked me -- she told me she was upset, felt
13  like her rights had been violated and did I feel the
14  same way. And if I did, I could give Marty a call.
15      Q. How do you feel like your rights have been
16  violated?
17      A. I feel like the 5 percent that was taken off
18  the tabs, our credit card tabs. I don't feel like I was
19  compensated for my hours, every hour that I worked. I
20  don't feel like I was compensated for spillage, walked
21  tabs.
22      Q. What do you think was unlawful about the
23  5 percent that the club retained from your credit card
24  tips?
25      A. That was -- what was that supposed to cover?

Page 7

1       Q. I'll be asking the questions today.
2       A. That was my tip --
3       Q. I'm asking you, why was that unlawful?
4       A. Because that was my money.
5       Q. The 5 percent was your money? That's the only
6   answer you have to that question?
7           MR. SHELLIST: Object to the form.
8           But you can answer it.
9       A. That's the answer I have for the question.
10      Q. (BY MR. VAN HUFF) Okay. And how are you
11  saying you weren't paid for the hours you were working?
12      A. A lot of times I would be having a missing time
13  card. It would just disappear. My checks would not be
14  correct.
15      Q. And --
16      A. My W-2 was incorrect.
17      Q. During the course of your employment, how many
18  hours are you claiming that you were shorted?
19      A. I'm not sure of that calculation of the hours.
20  Marty is going to add that all up.
21      Q. You don't know how many hours sitting here
22  today, but your attorney knows?
23      A. I haven't calculated it.
24      Q. Is it less than ten hours?
25      A. No. It's more than ten.

Page 8

1       Q. More than 20?
2       A. More than 20.
3       Q. More than a thousand?
4       A. Could be in the ballpark of a thousand.
5       Q. Your testimony here today under oath is that
6   you weren't compensated for as many as a thousand
7   hours --
8       A. I said it could be. That was the word, could
9   be. I don't have an exact calculation for you.
10      Q. Well, isn't it true that's not even within the
11  realm of possibility, a thousand hours?
12      A. Why is that?
13      Q. Because of the number of hours you worked and
14  the number of hours it reflects you were paid on your
15  payroll documents.
16      A. But are those payroll documents accurate?
17      Q. My question is, isn't it true that a thousand
18  hours is outside of the range of possibility?
19      A. I'm not sure if it is or not.
20      Q. You don't know?
21      A. That's right.
22      Q. Okay. So you're just saying whatever comes to
23  mind?
24          MR. SHELLIST: Objection; it's
25  argumentative.

Page 9

1           Just answer his questions --
2       A. I don't know what the hours are, okay? So what
3   I'm saying is it's more than ten, it's more than 20, and
4   I don't have an exact number for you is what I'm saying.
5       Q. (BY MR. VAN HUFF) How much money are you
6   claiming Treasures owes you?
7       A. The maximum the law says that I'm supposed to get.
8       Q. The maximum the law allows, like the Jim Adler
9   commercial?
10          MR. SHELLIST: Object to the form.
11          THE WITNESS: You're funny.
12          MR. SHELLIST: Why are you being
13  argumentative with her?
14          THE WITNESS: You're real funny today.
15          MR. VAN HUFF: Because I think she's got
16  an argumentative attitude, Marty.
17          MR. SHELLIST: Then let's not go that
18  direction. I feel like it started that way. Y'all can
19  spend the time --
20          THE WITNESS: Well, you --
21          MR. SHELLIST: Hold on. Wait for a
22  question, answer it the best you can. We'll go from
23  there. Go ahead.
24      Q. (BY MR. VAN HUFF) Are you claiming that you
25  were ever employed by Centerfolds?

Page 10

1    A. No.
2    Q. Are you claiming you were ever employed by Gold
3  Cup?
4    A. No.
5    Q. Are you claiming you were ever employed by
6  Trophy Club?
7    A. No.
8    Q. Are you claiming you were ever employed by
9  Splendor?
10    A. No.
11    Q. Are you claiming you were ever employed by
12  Cover Girls?
13    A. No.
14    Q. You are, however, claiming you were employed by
15  Treasures?
16    A. Yes.
17    Q. What were the dates of your employment with
18  Treasures?
19    A. 2006 -- I think it was February of '06 to May
20  of '08.
21    Q. And what was your position with Treasures?
22    A. Cocktail waitress.
23    Q. And how many hours would you work a week?  What
24  was the range?
25    A. I'd say between 26 to 40.

Page 11

1    Q. Have you ever given a deposition before?
2    A. No.
3    Q. Have you ever been a plaintiff in a lawsuit
4  before?
5    A. No.
6    Q. Ever been a defendant in a lawsuit before?
7    A. No.
8    Q. Ever been a witness in a lawsuit before?
9    A. No.
10    Q. Have you ever been arrested?
11    A. Yes.  One time.
12    Q. For what?
13    A. Disturbing the peace.
14    Q. Were you convicted?
15    A. No.
16    Q. Where was that?
17    A. Vegas.  Las Vegas, Nevada.
18    Q. Very generally speaking, what were the
19  circumstances?
20    A. Just being loud in a hotel.
21    Q. Would you ever work over 40 hours a week for
22  Treasures?
23    A. No.
24    Q. How were you compensated for the time you
25  worked?

Page 12

1    A. Paycheck and credit card tips and cash tips.
2  The 2.13 an hour was on the paycheck.
3    Q. Was it 2.13 an hour the entire time you worked
4  there?
5    A. Correct.  Yes.
6    Q. What's your current address?
7    A. 1640 East TC Jester, No. 227, Houston, Texas
8  77008.
9    Q. And your TDL is 18322276?
10    A. Uh-huh.  Yes.
11    Q. What were your duties as a cocktail waitress?
12    A. Serve drinks, take care of credit card tabs,
13  close out tabs, bottle service, seat people, basically
14  wait on customers.
15    Q. Have you worked for any other topless clubs?
16    A. No -- oh, yeah, I did.  I take that back.
17    Q. Colorado?
18    A. No, I didn't work at Colorado.  Ritz for, like,
19  two days.
20        MR. SHELLIST:  Rick's?
21        THE WITNESS:  Ritz, R-i-t-z.  I think it's
22  The Ritz.  It's off of 45 south and somewhere going
23  towards Galveston, on the south side.
24    Q. (BY MR. VAN HUFF) Do you have an explanation
25  as to why your information sheet that you filled out

Page 13

1  before you worked at Treasures indicates you worked at
2  Colorado for a short time?
3    A. I was hired there but I didn't ever go back.
4    Q. What was S-P-O-A-S Sports Bar?
5    A. In San Diego.
6    Q. How do you say that, Spoas?
7    A. I don't remember the name of it now.  It's been
8  so long ago.
9    Q. Was that a topless bar?
10    A. No.  And I only worked there for a short period
11  of time.
12    Q. So it's your understanding your separation of
13  employment from Treasures was that you quit, not that
14  you were terminated?
15    A. The way it happened was I was -- my
16  understanding was I was told to pay a tab, let's say on
17  like a Thursday.  Then that Monday Bill told me that I
18  need to lose 20 pounds before I can come back to work.
19  And he said, "Just give me a call."  And I told them at
20  the time about the tab.  "I can't pay it back today."
21        They even went so far as asking me to
22  write a letter.  They called me -- after they told me to
23  lose 20 pounds -- called me up, asked me, "Can you write
24  a letter because the customer said that he did not make
25  these charges?"  And he was a customer I waited on a

Page 14

1  lot.  So they asked me to write a letter that it
2  wasn't -- he said it wasn't him.  Somebody stole his
3  card.  They asked me to write a letter stating where he
4  sat, who the dancers were, all this stuff.  This is
5  after I had left working there, two weeks later.
6          I took the letter up there and gave it to
7  them.  So if I was terminated, I don't think they would
8  be calling me to write a letter.
9     Q.  Okay.  So after you left your employment for
10 Treasures, they called you because a customer claimed --
11 an individual claimed that his credit card was used
12 fraudulently at the club?
13    A.  Like he didn't come into the club.  Somebody
14 else must have had his card and made these charges
15 there.
16    Q.  But you were the waitress that served him.  So
17 they asked you to come in and give a statement that it
18 was actually him?
19    A.  Right.
20    Q.  Got it.
21    A.  To type up a letter and bring it up to the
22 club.
23    Q.  Who called you and asked you to do that?
24    A.  Joe, the manager Joe.
25    Q.  Who told you to lose 20 pounds?

Page 15

1     A.  Bill.
2     Q.  What were the circumstances on the tab they
3  wanted you to pay?
4     A.  The circumstances were that he had two dancers,
5  and they charged him a considerable amount of money --
6  don't remember the tab total -- but he was claiming that
7  it was not him.
8     Q.  Is that the same tab --
9     A.  Yeah, the letter for.
10    Q.  -- they had you make the statement about?
11    A.  Yeah.
12    Q.  Another thing that I didn't cover about when
13 we're doing the questions and answers -- I'm not trying
14 to be difficult about this.  We have to be careful not
15 to talk over each other because she has a hard time
16 keeping track of who's saying what.
17    A.  Okay.
18    Q.  So was it the customer's credit card?
19    A.  Yes.
20    Q.  The customer matched the credit card?
21    A.  Yes.  ID and the credit card were matching,
22 yes.
23    Q.  So at the end of your shift, you signed the
24 credit card and you received your tip off that tab and
25 everything less the 5 percent and everything was fine?

Page 16

1     A.  Correct.
2     Q.  And then at some later date they told you that
3  he was disputing the tab and that you were going to have
4  to pay back something?
5     A.  Uh-huh.  He left.  Okay.  Then about a week
6  later -- this is before I had left Treasures.  I was
7  still working there.  About a week later they said that
8  I needed to pay back these charges -- not I need to pay
9  back, that he's disputing the charges, and that we were
10 probably going to have to pay back our amount, me and
11 the dancers.  They asked me to pay it back.  I said, "I
12 cannot pay back the amount right now.  I don't have it."
13    Q.  How much was the amount?
14    A.  I want to say it was in the ballpark of a
15 thousand dollars that I would be responsible for paying
16 back.
17    Q.  How much was the tab itself, approximately?
18    A.  Usually --
19    Q.  Just for the drinks.  A few hundred dollars for
20 drinks, $2,000 for topless dancers and $1,000 for you?
21    A.  Yes.  That sounds about right.
22    Q.  Did you ever have to pay back the thousand
23 dollars?
24    A.  I was going to but then two days later or three
25 days later, somewhere in that ballpark, Bill came to me

Page 17

1  and told me I needed to lose the 20 pounds.  That's when
2  I stopped working because I was not allowed to work.
3          And then about a week and a half, two
4  weeks later, that's when I got the phone call about "Can
5  you write this letter explaining the incident with that
6  customer and that credit card?"  And I never went back
7  to Treasures after that.  I wrote the letter, took it up
8  there and that was it.
9     Q.  Did Bill tell you "Don't come back to work
10 until you lose 20 pounds"?  Is that what he said?
11    A.  Basically, yes.
12    Q.  Was there any controversy over this tab we're
13 talking about as far as somebody adding a zero to the
14 end of all the numbers on the tab?
15    A.  No.  That I was aware of, no.
16    Q.  So it was your impression that the issue with
17 the tab wasn't the numbers on the tab but it was that
18 someone other than the cardholder opened the tab?
19    A.  Correct.
20    Q.  Now, do you remember the name of the
21 individual?
22    A.  I think the last name was Freeman, actually.
23 That's why it sticks out in my head, because it's
24 spelled exactly like my last name without the "D."  And
25 I can't remember his first name.  I can probably find

Page 18

1  out for you because I still talk to one of the dancers.
2      Q. Which dancer?
3      A. I don't remember her dance name right now.
4      Q. What's her actual name?
5      A. Michelle.
6      Q. What's her last name?
7      A. I don't know her last name. _____
8      Q. Do you know her phone number?
9      A. Not on me, not at the time.
10     Q. What does she look like?
11     A. Short. I think she's a half-white, half-black
12  girl.
13         MR. SHELLIST: Why don't you leave a blank
14  in the depo for the contact information and we can look
15  that up.
16         MR. VAN HUFF: Okay.
17         MR. SHELLIST: I mean, if you want to keep
18  asking about a description, that's fine. That would
19  be --
20         MR. VAN HUFF: I think that about covers
21  the description. I don't know what else I can ask
22  about, brown hair, dark eyes --
23         THE WITNESS: Dark hair.
24     Q. (BY MR. VAN HUFF) Other than what people told
25  you, do you know anything about any of the policies,

Page 19

1  practices and procedures at Centerfolds, Gold Cup,
2  Trophy Cup, Splendor or Cover Girls, which are the five
3  clubs other than Treasures involved in this case?
4      A. I know what I saw myself when I went to Gold
5  Cup as a customer.
6      Q. Okay.
7      A. Same tab sheet setup. Same $5 extra on the
8  credit card. Same girls paying -- dancers paying to get
9  into the club, just like at Treasures.
10     Q. Okay.
11     A. Same exact -- basically a mold of Treasures at
12  Gold Cup when I went there.
13     Q. Okay. You mean as far as the way the place
14  looked or just the fact the dancers were apparently
15  paying $5 out of their $25 credit card charge to the
16  club and that the slips looked the same?
17     A. I never said $5 out of the $25. I meant like a
18  door entrance fee --
19     Q. Okay.
20     A. -- is what I was talking about. And actually
21  the dancers -- my friend got dances from a dancer there,
22  and he paid $20 cash. And my other friend got dances
23  and he paid with a credit card and paid $25 on the
24  credit card. So there was a difference in price whether
25  you paid cash or credit.

Page 20

1      Q. Okay. And which club was that?
2      A. That was at Gold Cup.
3      Q. Okay. Other than what people told you, do you
4  have any knowledge of the policies and procedures at
5  Centerfolds?
6      A. None of the other clubs, I don't.
7      Q. And your only experience at Gold Cup was one
8  time as a customer?
9      A. We went there a couple times.
10     Q. Who's "we"?
11     A. Me and a few friends.
12     Q. What were the names of the friends?
13     A. Kevin Alexander, a guy named Antoine, and I
14  can't think of his last name right now. That's it.
15     Q. Were these individuals -- when did you go to
16  Gold Cup?
17     A. It was at least over a year ago. I can't think
18  of the exact date.
19     Q. Was it while you were employed at Treasures?
20     A. There was a couple times I went when I was
21  employed at Treasures and then sometimes thereafter. So
22  both before and after my employment.
23     Q. You said spillage was another complaint that
24  you have?
25     A. Yes.

Page 21

1      Q. Tell me about that, please.
2      A. If you got six drinks and they were $10 each
3  and you went to the table, and let's say you were on
4  your way with a tray and somebody knocked into you, you
5  had already paid for those drinks out of your bank,
6  which basically is your own money. And if they knocked
7  them all over, you would have to go get another round of
8  drinks, and you would be responsible for paying for the
9  ones that fell on the floor.
10     Q. And how many instances of spillage -- I'm not
11  talking about --
12     A. Per incident?
13     Q. -- per tray, okay -- are you alleging occurred
14  during your employment with Treasures?
15     A. I can say that it at least happened once a
16  week. Whether or not there would be one drink when it
17  happened or six, that varied.
18     Q. During the entire time you worked there, was it
19  always the case that you weren't reimbursed for
20  spillage?
21     A. Usually the -- there might have been one or two
22  times that I think I did get a spill ticket or something
23  like that, but then they would say that they couldn't do
24  that. The majority of the time -- other than two or
25  three times, I had to pay for it.

Page 22

1    Q. How much do you think you're owed for spillage?
2    A. I don't know an exact number.
3    Q. Less than a thousand dollars' worth of drinks?
4    A. Yeah. I mean, not less than 500 but not more
5  than a thousand.
6    Q. Walked tabs, credit card charge-backs, you're
7  claiming both, correct?
8    A. Uh-huh. Yes, I am claiming both.
9    Q. Tell me about your claim that -- with regard to
10 walked tabs, please.
11   A. If you've got a group of people, sit them at a
12 table -- the club's pretty big. Sometimes you might
13 have to wait in line to get their drinks -- go back to
14 the table with their drinks and they have since left,
15 you have paid for the drinks out of your own pocket and
16 they're gone. So now you've paid and there's nobody to
17 pay you.
18   Q. Now, if these were individuals that had opened
19 a credit card tab, then would you be able to charge the
20 drinks to the credit card tab and get credit for it even
21 if they disappeared without closing their tab?
22   A. Usually with the first round of drinks, you
23 don't know if they were going to pay cash or credit. So
24 you went and got the drinks and came back and you would
25 say, "The total is $50. Do you want to pay cash or

Page 23

1  credit?"
2          Then if you got a credit card -- now, if
3  they left after you got that credit card, then, of
4  course, you can just charge it on there. At the end of
5  the night the manager would do it for you. But you
6  didn't just sit them down, "Can I have a credit card,"
7  because they might have been paying cash.
8    Q. So it wasn't the policy that the waitresses
9  were to ask the patrons upon approaching them the first
10 time whether they were going to pay cash or credit?
11   A. No. Not when you first sat them down and got
12 their drink order. When you brought back the drinks,
13 "Do you want to pay cash or credit? This is the total."
14   Q. Now, if you perceived that there were some
15 risks involved in taking an order from someone and then
16 having them disappear while you were filling their
17 order, why wouldn't you ask them yourself if they were
18 going to be opening up a credit card tab or paying cash
19 and then obtaining payment from them upon receipt of
20 their order?
21   A. Because I don't perceive risk from people
22 within meeting them for 20 seconds.
23   Q. But statistically, apparently, it was a risky
24 proposition for you because sometimes the people would
25 disappear, right?

Page 24

1    A. Sometimes.
2    Q. Did anyone ever instruct you that you were not
3  to ask them whether they were starting a credit card tab
4  or a cash -- paying cash upon first greeting them at
5  their table?
6    A. When I was trained, that's how I was told to do
7  it.
8    Q. Okay.
9    A. The way that I said I did it, sit them down,
10 take the drink order, go get the drinks, come back,
11 "Total's $50. Cash or credit?" Obtain payment at that
12 time.
13   Q. Now, were you ever able to recycle any of the
14 drinks for patrons who you lost contact with after they
15 placed their order?
16   A. You mean like resell it to another person?
17   Q. Right. Like sometimes a lot of people order
18 Miller Lite. So if you sell a guy Miller Lite and you
19 go and he's not there anymore and you take it back and
20 you ask the bartender to stick it in the ice, and five
21 minutes later somebody else orders one and you take it
22 to them?
23   A. Maybe on the beers but on the mixed drinks, no,
24 because it would come watered down.
25   Q. So how much per month do you think you were not

Page 25

1  being properly reimbursed for walked tabs?
2    A. Are you asking for a dollar amount?
3    Q. Yes. And it can be a range.
4    A. Per month, about 100 to 150.
5    Q. Okay. Credit card charge-backs, you're
6  claiming you were the victim or suffered damages due to
7  credit card charge-backs?
8    A. Uh-huh.
9    Q. Yes?
10   A. Yes. I'm sorry. That's a habit of mine.
11   Q. Can you explain that, please.
12   A. I was instructed to pay back on credit card
13 tabs that were supposedly disputed by the customer, and
14 I was told to put it in a white envelope and to give it
15 to David.
16   Q. David?
17   A. Davari. This happened on two occasions. And
18 then the third time it was going to happen with that
19 last tab that I told you the customer's last name was
20 Freeman, but I didn't ever pay it back because I didn't
21 ever go back.
22   Q. Now, please tell me about the first occasion.
23   A. I don't remember the exact reason why they said
24 that the tab got disputed. I was just told by Bill that
25 I need to make a payment to David. And I put the money

Page 26

1  in an envelope. He said it had to be cash, not money
2  order, no check, nothing, just cash in the envelope and
3  gave it to David. I went to David's office upstairs,
4  the VIP area, and I gave it to him one night whenever he
5  came in, after midnight or something like that.
6      Q. Now, on both of those instances, on the evening
7  that the person ran up a problematic tab, at the end of
8  that shift, were you paid your tip on that tab?
9      A. Yes.
10     Q. Because that's what you were being asked to
11 repay at some point later on down the road?
12     A. Correct.
13     Q. Were there ever any instances where you did not
14 receive -- strike that.
15        Setting aside the 5 percent that you're
16 claiming was unlawfully withheld from your credit card
17 tabs, was there ever an instance where at the end of
18 your shift you didn't receive your tips that you were
19 entitled to for that night?
20     A. Yes. There was instances where they would hold
21 tabs, sometimes for 90 days, to make sure that they did
22 not get disputed. Or sometimes they would run out of
23 money, actual cash, and they would give you a paper and
24 you could get it a couple days later, the next day,
25 whenever you were going to come in again.

Page 27

1      Q. Okay. So let's finish up with the two white
2  envelope situations that we mentioned before.
3        First one, how much was the amount that
4  you were required to repay?
5      A. If I remember correctly, it was roughly $1,000.
6      Q. And did you, in fact, deliver $1,000 in an
7  envelope to Mr. Davari?
8      A. Yes, I did.
9      Q. Do you remember the name of the person who had
10 that tab?
11     A. No, I don't.
12     Q. Do you remember approximately when that
13 occurred? Safe to say that was in 2006?
14     A. I want to say it was in 2007, but I'm not
15 exactly positive about that. That's to the best of my
16 ability to remember right now.
17     Q. And the second one?
18     A. The second one I want to say was in the
19 beginning of '08.
20     Q. And how much was that?
21     A. About 1200, somewhere between 1,000 and 1200.
22     Q. Was it unusual for you to receive tips to that
23 high of a degree on one tab?
24     A. I would say on average per night we would make
25 between 3 and 500, but there's nights where that's not

Page 28

1  unusual. I mean, once a week you might get a tab that's
2  about a thousand-dollar tip. Like if I worked four
3  nights, probably three out of the four I'd make 400 or
4  between 3 and 500, and then that fourth night or
5  something I might make a thousand.
6      Q. Okay. So other than the thousand dollars that
7  we think happened around 2007 and the 1200 that we think
8  happened somewhere in 2008 and then the Mr. Freeman
9  incident, were there any other issues or incidents that
10 relate to credit card charge-back tips that needed to be
11 paid back to the club?
12     A. No, as far as I'm concerned. But I know
13 several others that paid back.
14     Q. Okay. I'm just worried about you.
15     A. Okay.
16     Q. For now.
17        The other instances that you mentioned,
18 let's visit about those for a minute.
19     A. Okay.
20     Q. What were those again?
21     A. I just know of several girls --
22     Q. No, not the other people. We talked about the
23 walked tabs, $150 per month, then we talked about these
24 occasions of credit card charge-backs.
25        And were there any other issues that had

Page 29

1  to do with walked tabs or credit card charge-backs that
2  you're alleging against Treasures in this case?
3      A. That affect me, no.
4      Q. Okay. Now, I want to visit on the hours thing
5  again.
6      A. Okay.
7      Q. Because I have taken some other depositions
8  already in this case, and it's my understanding that
9  sometimes there were some instances of some time cards
10 that would disappear. There were some instances of
11 where people perceived they weren't getting paid for all
12 the hours that were on their time card, whether
13 intentionally or whether it was a mistake of the
14 bookkeeper or whatever the case might be.
15        How many hours do you claim per month that
16 you were being shorted for your time?
17     A. I would have to, like, sit down and look at a
18 calendar and see exactly how many months I was there.
19     Q. Was it an issue of them not paying you for half
20 the time you worked, or was it an issue of not getting
21 paid for a shift here and there for whatever reason?
22     A. Sometimes it would be three or four days
23 missing off my check.
24     Q. And what time period would a check cover?
25     A. I think it was every two weeks, if I remember

Page 30

1    correctly. I think it was every two weeks. Sometimes
2    it might be one or two shifts not on there.
3    Q. Did you ever complain to anyone about that?
4    A. Yeah, I did. I complained to Bill. I
5    complained to Joe, John, Slim.
6    Q. Bill, Beau, John and Slim?
7    A. No. Bill, Joe, John, and there's another
8    manager named Slim. That's what they call him. I don't
9    know his real name.
10   Q. Was he actually slim?
11   A. Yeah, he was.
12        MR. SHELLIST: No one's ever called me
13   "Slim" as a nickname. I just wanted to say that for the
14   record.
15        MR. VAN HUFF: Wish I could say that.
16        MR. SHELLIST: Off the record for one
17   second.
18        (A recess was taken.)
19        MR. VAN HUFF: Back on the record.
20   Q. (BY MR. VAN HUFF) Now, aside from your
21   individual claims in this case as they relate to
22   Treasures, there were also some claims in the lawsuit
23   that have to do with something called "joint employers."
24   All right? And there's a claim that the six clubs --
25   Treasures, Centerfolds, Gold Cup, Trophy Club, Splendor

Page 31

1    and Cover Girls -- are joint employers.
2        Now, I've asked this question of all the
3    Plaintiffs in this case. This isn't a special question
4    for you.
5        What facts do you know personally that
6    form the basis for your claim that these six clubs are
7    joint employers?
8    A. Can you define "joint employers" for me?
9    Q. It is a theory by which clubs -- the
10   interrelationship between the clubs is so close and
11   intertwined that they should all be treated as one
12   employer.
13   A. Well, let's see, they advertise together, like
14   one whole advertisement with all their clubs.
15   Q. When you say "advertise together," where have
16   you seen them advertise together?
17   A. Like in those stripper magazines. I can't
18   think of the name of one of them right now. But there's
19   some publications out there.
20   Q. Like Houston Press?
21   A. Quest or something like that. No, it wouldn't
22   be in the Houston Press.
23   Q. What is Quest?
24   A. I think it's one of those magazines. It's all
25   about this industry. It's kind of like a topless

Page 32

1    industry magazine.
2    Q. Are they at the bookstore?
3    A. No.
4    Q. Where are they?
5    A. Probably like in the lobby of Treasures or
6    something, like on the side. Maybe like where you would
7    think the Houston Press would be, but it's one of these
8    magazines.
9    Q. If they weren't in Treasures, would they be
10   found in the lobby of other places?
11   A. Yeah. They're out and about.
12   Q. So Treasures and these other clubs that are
13   Defendants, you're saying they all advertise in this
14   magazine?
15   A. They're all together. It will be one whole
16   page of the Davari clubs, as I would call it:
17   Treasures, Splendor, Centerfolds, Gold Cup, and so
18   forth.
19   Q. Okay. Do you happen to have any examples of
20   that?
21   A. No. But I can get one for you.
22   Q. Okay. And what exactly is Quest magazine? I
23   don't really quite understand.
24   A. I think it's one of those industry -- like an
25   industry magazine is the best way I can describe it.

Page 33

1    It's got all kinds of stripper of the week at this club.
2    It's highlighting this girl, this one. It's
3    advertisement, basically, for topless entertainment.
4    Q. Is this something that you buy or is it free?
5    A. I think some of them you buy like a dollar or
6    two, and I think some of them are free.
7        And there's a couple other answers I have
8    for that question for the joint employer.
9    Q. We weren't done yet. We were just talking
10   about advertising for a minute.
11       So was Quest just a random example, or are
12   you fairly certain --
13   A. Yeah. I think -- I'm pretty sure that's the
14   name.
15       MR. SHELLIST: Just make sure he's done
16   with his question so you don't step on each other.
17   Q. (BY MR. VAN HUFF) Are you fairly certain that
18   Quest was definitely one where you saw this common
19   advertisement?
20   A. I believe Quest is the name of it, but I'm not
21   positive of it. I haven't seen one in a long time.
22   Q. What are some other ones, other magazines?
23   A. I can't think of any of the names right now.
24   Q. Sundowner?
25   A. I don't know that one.

Page 34

1    Q. I think I have heard of Sundowner before.
2        Okay. Other than the advertising, what
3 else?
4    A. Like the one time we ran out of tab sheets at
5 Treasures and they had borrowed some from I believe
6 Centerfolds, and it was the exact same tab sheet.
7    Q. Only it said "Centerfolds" at the top?
8    A. Correct.
9    Q. Or A.H.D. --
10   A. Yeah.
11   Q. -- Houston, Inc., d/b/a Centerfolds instead of
12 D. Houston, Inc., d/b/a Treasures?
13   A. Exactly.
14   Q. Is that the tab sheet that the customers sign
15 that acknowledges that dances paid for through the club
16 are $25 per dance?
17   A. Yes.
18   Q. Okay. What other facts do you know of in
19 support of your allegation that the Defendant clubs are
20 joint employers?
21   A. When I was trying to get my W-2 one time, I
22 went to the front and asked for it several times. They
23 couldn't find it. They told me I needed to call the
24 business office, which is located at Centerfolds, for
25 all their clubs.

Page 35

1    Q. Did you actually do that?
2    A. Yeah. I think the lady's name was Glenda -- if
3 I can remember correctly -- that's in charge of the
4 business office at Centerfolds that functions for all of
5 the Davari clubs.
6    Q. So what's your understanding of what Glenda
7 does?
8    A. What I was told is the business office manager.
9    Q. And you needed to talk to her why?
10   A. Because I never received my income tax form. I
11 think I had moved, and they didn't have my address
12 updated or something like that.
13   Q. Okay. Anything else in support of joint
14 employer?
15   A. Not that I can think -- I mean, other than I
16 know girls and bartenders that work -- will cover a
17 shift at Gold Cup and then -- but they really work at
18 Treasures, but they'll go over there if they're
19 shorthanded.
20   Q. Now, is your knowledge of that based strictly
21 on what other people have told you?
22   A. Yes.
23   Q. Okay. Anything else?
24   A. No.
25   Q. Now, there's a very similar allegation made by

Page 36

1 you in your lawsuit which is that the six clubs
2 constitute a single integrated business enterprise,
3 which is very similar in theory to joint employer
4 status. Okay?
5    A. Okay.
6    Q. Now, the things that you just said in support
7 of your allegation for joint employer are also things
8 that -- facts that I think would, in your mind, support
9 your allegation for single business enterprise.
10       Is that fair to say?
11   A. Yes, it is.
12   Q. So other than the things we've already covered,
13 are there any additional facts that you have that go to
14 support the single integrated business enterprise
15 allegation?
16   A. No. It's about the same.
17   Q. Okay. Now we're going to start at the
18 beginning and go through everything again. I'm just
19 kidding.
20       MR. SHELLIST: But more nicely.
21   Q. (BY MR. VAN HUFF) 5 percent that was deducted
22 from your credit card tips, we have covered that, right?
23   A. Yes.
24   Q. We have covered the issue of unpaid hours?
25   A. Yes.

Page 37

1    Q. We have covered the issue of spillage? Yes?
2    A. Yes.
3    Q. And we have covered the issue of walked tabs,
4 right?
5    A. Yes.
6    Q. Now, when we initially started talking, I asked
7 you what exactly you were complaining about with regard
8 to your employment with Treasures, and you listed those
9 four items.
10   A. Yes.
11   Q. Are there any other things that you can think
12 of now since we have been talking for a while that come
13 to mind that you allege Treasures did unlawfully with
14 regard to you and your employment there?
15   A. Does my W-2 -- there was a discrepancy with my
16 W-2 where -- does that go under unpaid hours or wage
17 discrepancy?
18   Q. Regardless of what the category is, if there's
19 something you were unhappy about that you think is
20 included in your lawsuit, now is the time for you and I
21 to talk about it.
22       So what was the problem with your W-2?
23   A. They were putting, like, everything on there,
24 including the stuff like -- where they took the
25 5 percent, where I tipped out on.

Page 38

1    Q. You're saying -- so it's your allegation that,
2    although they were subtracting 5 percent from your
3    credit card tips, that they were including that amount
4    in your gross income on your W-2? Is that what you are
5    saying?
6    A. Yes. And then they only took out -- I
7    submitted my income tax forms. I don't know if you have
8    them or not. They only took out like $68 or somewhere
9    in that ballpark for the entire year when I claimed
10   zero.
11   Q. Okay. So you claim that they weren't
12   withholding as much money as they should from your
13   wages?
14   A. Yes. That's what I believe.
15   Q. So, therefore, when you filed your tax return,
16   you would have to pay the IRS instead of getting a
17   refund?
18   A. Correct. I think I paid $800 that year.
19   Q. However, during the year period, you got the
20   benefit of having that money rather than having already
21   paid it to the IRS, correct?
22   A. But I didn't really have all that money because
23   they took 5 percent of it, and I tipped out 15 percent,
24   and I had to tip the managers, which I haven't talked
25   about that issue yet.

Page 39

1    Q. We're going to get there.
2    A. Maybe I don't understand what you're asking me.
3    Q. Okay. Well, one of the things you complained
4    about with regard to your W-2 is that your employer
5    wasn't taking out enough money to cover your taxes at
6    the end of the year.
7    A. Yes.
8    Q. Now -- but you acknowledge that, rather than
9    paying the IRS way ahead of time, that you got the
10   advantage of having that money every pay period to use
11   as you saw fit? You could set it aside and put it in
12   the bank and get interest on it and then take the money
13   less the interest and pay the IRS, or you could pay the
14   IRS the money ahead of time and not get the interest on
15   it, right?
16   A. I would rather they take it out so I don't have
17   to be responsible for that.
18   Q. However, the fact that they weren't taking
19   enough out really didn't cause you to suffer any damages
20   because you would owe the same amount of money in taxes
21   at the end of the year anyway, right?
22   A. I don't know. I'm not a tax person. That
23   stuff really confuses me. But my tax person told me
24   that it was something really weird going on with the way
25   they did my stuff. If you want to call him -- I don't

Page 40

1    know. This has been a couple years ago, maybe three
2    years ago. Honestly, I think I submitted the form. You
3    can take a look. It's very confusing but it doesn't add
4    up right.
5    Q. Okay. Now, were you reporting your cash tips
6    to Treasures?
7    A. 95 percent of my stuff was credit card. If it
8    was anything over like $20, I reported it.
9    Q. Okay. What about the money less than $20?
10   A. I didn't report that.
11   Q. Why?
12   A. Usually I had to buy a pair of pantyhose or
13   something that night anyway, so it went towards work
14   expenses.
15   Q. So at the end of the year when you filed your
16   tax return, did you report that money as additional
17   income that wasn't reported on your W-2 to the
18   government?
19   A. I can't recall if I did or not. You have the
20   tax returns, though.
21   Q. Well, if you didn't, then that would be
22   unreported gross income, correct?
23         MR. SHELLIST: Object to the form.
24         To the extent you know the answer to that,
25   you can answer it.

Page 41

1    A. I mean, I don't know if it would be or not.
2    Q. (BY MR. VAN HUFF) If you don't report income,
3    then it's unreported income, correct?
4    A. I guess so.
5    Q. You seemed anxious to talk about managers.
6    A. There's something I thought about.
7    Q. I'm correct in saying -- I'm correct when I say
8    that it was Treasures' policy that waitresses weren't
9    required to tip managers, right?
10   A. Actually, it was the opposite. It was
11   Treasures' policy that you were required to tip managers.
12   Q. Okay. Why don't you tell me the facts that you
13   are personally aware of in support of that allegation.
14   A. When I was trained there and I was told by the
15   managers that you have to tip out, it's 10 percent after
16   you tip out everybody else. So whatever you have on
17   you, whatever money you have at the end of the night,
18   after you have given the 5 percent to the club, the
19   15 percent to the bar, then whatever you have left,
20   10 percent is what you are supposed to give to the
21   manager.
22         (Freedman Exhibit No. 1 was marked.)
23   Q. (BY MR. VAN HUFF) I'm going to hand you a
24   document that I am marking as Exhibit 1. Actually,
25   first I'm going to hand it to your lawyer because he

Page 42

1    wants to look at it.
2          MR. SHELLIST:  Do you have any idea when
3    this was?  Or you're going to ask her, perhaps.
4          MR. VAN HUFF:  I don't know.
5       A.  You want me to explain this to you?
6       Q.  (BY MR. VAN HUFF)  No.  First I want you to
7    admit that's your signature on that document.
8       A.  Yeah, that's my signature.
9       Q.  And you signed that when you were hired at
10   Treasures?
11      A.  I guess I did.  I don't recall signing this.
12   But if you have my signature there, I guess I did.
13      Q.  And do you acknowledge that document
14   reflects the fact that it was Treasures' policy that
15   tipping of managers was 100 percent voluntary?
16      A.  That's what this paper says, but that's not
17   what the case was whatsoever.
18      Q.  Okay.
19      A.  I mean --
20         MR. SHELLIST:  Answer his question the
21   best you can and that's it.  You don't need to add a
22   bunch of stuff unless you're asked.
23      Q.  (BY MR. VAN HUFF)  So who told you that tipping
24   managers was not, in fact, voluntary and that you were
25   required to do it?

Page 43

1       A.  All the waitresses that worked there, the one
2    that trained me.  Aki is her name.  I don't know if she
3    still works there or not.  Bill on several occasions
4    stopped me at the front door, "Where's my tipout?" with
5    his hand out when I was leaving at the end of the night.
6       Q.  Okay.  Anyone else?
7       A.  The other ones would sit there, like, waiting
8    for you to tip.  They weren't as aggressive but he was
9    the most where he would just walk up to you and ask
10   directly.
11      Q.  How many managers were usually on duty per
12   shift?
13      A.  It was usually between two and three, depending
14   on the night.
15      Q.  Are you claiming that you were paying each
16   manager 10 percent?
17      A.  No.  One of them would stand at the front,
18   collect the money, and then they were supposed to split
19   it amongst the other managers that were on duty.
20      Q.  Are there any other facts that you haven't
21   already discussed with me regarding this issue of your
22   paying a percentage of your tips to managers?
23      A.  No.  Other than everybody is aware of it there.
24   It's common practice.
25      Q.  Have you ever talked to Trisha Turner regarding

Page 44

1    this lawsuit?
2       A.  Only on a conference call with Marty.
3          MR. SHELLIST:  If it's with a lawyer,
4    don't go into the content of it.
5       A.  No.  Not solely.
6       Q.  (BY MR. VAN HUFF)  Okay.  Are you on Facebook?
7       A.  Yes, I am.
8       Q.  Are you Facebook friends with any of the other
9    Plaintiffs?
10      A.  No.
11      Q.  Did you know that Laura McKnight and Margo
12   Moreno are Facebook friends?
13      A.  They probably are.  Actually, some of my
14   friends are friends with Margo but not Laura or anybody
15   else.
16      Q.  Have you ever talked about this lawsuit on
17   Facebook?
18      A.  No.
19      Q.  I don't personally have a Facebook account, so
20   it's a mystery to me as to what goes on.
21         Have you ever talked to Mr. Baker about
22   this lawsuit, Andrew?
23      A.  No.
24      Q.  Other than --
25      A.  No, not at all, actually, with him.  With or

Page 45

1    without an attorney.
2       Q.  Kimberly McCray?
3       A.  No.
4       Q.  Margo Moreno?
5       A.  No.
6       Q.  When was the last time you talked to Margo?
7       A.  Before I quit working there, I think.  We have
8    mutual friends, so I think I might have seen her out one
9    night somewhere like at a restaurant or something after
10   I stopped working there, but that was just brief and hi,
11   bye.  I think that was before this lawsuit even started.
12      Q.  Do you know any documentary evidence in support
13   of your allegations you weren't paid for all the hours
14   you worked?
15      A.  No.
16      Q.  Do you have any documentary evidence to support
17   your allegations that you had to pay the club for
18   spillage?
19      A.  No.
20      Q.  Do you have any documents in support of your
21   allegations you had to pay the club back for walked
22   tabs?
23      A.  No.
24      Q.  Or that you had to absorb the cost of walked
25   tabs?

Page 46

1    A. No.
2    Q. In the declaration that was attached to your
3    motion of notice to class members, it says, "I paid back
4    contested credit card charges in cash on at least one
5    occasion during the time I worked for Treasures."
6    A. It was twice.
7    Q. It says at least once. So this conforms with
8    what you said earlier --
9    A. I'm not familiar with that document. That's
10   all.
11   Q. Okay. Well, here. I'll hand you a copy of it,
12   but I don't think we can mark it as an exhibit right
13   now.
14          MR. SHELLIST: What is that? Is that the
15   declaration?
16          MR. VAN HUFF: Yeah.
17          MR. SHELLIST: We have that.
18   A. Is that what you're reading from?
19   Q. (BY MR. VAN HUFF) Yeah.
20   A. I thought you were reading from one of these.
21   Okay. I apologize for that.
22          (Ms. Serper leaves.)
23   Q. (BY MR. VAN HUFF) So you say here you paid
24   back contested credit card charges on at least one
25   occasion during the time you worked for Treasures.

Page 47

1    That's about three-quarters of the way down on the
2    second page.
3    A. Yes, I see it here.
4    Q. Okay. So we covered two occasions where you
5    paid money back and one occasion where you allege they
6    wanted you to pay money back but your employment stopped
7    and you didn't pay it back, correct?
8    A. Yes, that's correct.
9    Q. Were there any other instances of your being
10   required to pay back contested credit card charges in
11   cash?
12   A. Me personally, no.
13          MR. VAN HUFF: We're almost done, by the
14   way.
15          MR. SHELLIST: This is like a dentist
16   visit for you. You just want it to be over, no matter
17   how nice the dentist is.
18          MR. VAN HUFF: Pass the witness.
19          E X A M I N A T I O N
20   BY MR. SHELLIST:
21   Q. I just have one question for you.
22          With respect to the 5 percent that's
23   deducted from the tips, did that apply -- let me go
24   back. I have more than one question, but I'm going to
25   make it very quick.

Page 48

1          Did this 5 percent out of the credit card
2    tips to the house, did that apply to the waitresses and
3    the bartenders?
4    A. Yes. As far as I know, it did.
5    Q. And then the $5 credit card dance, was that
6    something that was required by the club?
7    A. The club required the customer to pay $5 extra
8    per dance.
9    Q. To the house?
10   A. To the house on credit card.
11   Q. And with respect to charge-backs, the things
12   you discussed with Mr. Van Huff about charge-backs,
13   walked tabs and spillage, were those practices applied
14   or those -- let me go back.
15          Would you consider those to be policies
16   that were applied by the club, or would you call them
17   something else?
18   A. I would consider them policies.
19   Q. Now, whether you had one charge-back or 20
20   charge-backs as a waitress, would the policy to pay back
21   a charge-back still apply?
22   A. It would apply across the board, from what I
23   understood --
24          MR. VAN HUFF: Objection; speculation.
25   A. -- from what I have seen and heard.

Page 49

1    Q. (BY MR. SHELLIST) Okay. And as far as the
2    spillage goes, to your knowledge and experience, was
3    that also something that applied to all waitresses?
4    Meaning, they had to pay for their drinks out of their
5    caddy, and if they spilled them, they had to go back and
6    purchase new drinks?
7    A. Yes.
8    Q. Did you ever complain to any of -- Bill, Joe,
9    John, Slim about the compensation policies, any of
10   those, about whether it was fair or unfair?
11   A. I may have, like, made a comment or two; but
12   any kind of formal complaint, not really, no. Because
13   it was just that's the way it was from when I started
14   there and it was always that way, so I didn't see a
15   point in complaining.
16   Q. Okay.
17          MR. SHELLIST: I'll pass the witness.
18          MR. VAN HUFF: Reserve for trial.
19          (The deposition concluded at 4:09 p.m.)
20
21
22
23
24
25

## Page 50

```
 1        ERRATA SHEET
 2   DEPOSITION OF: RACHAEL FREEDMAN, MAY 13, 2010
 3
 4   PAGE  LINE  CHANGE      REASON
 5   _____
 6   _____
 7   _____
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   Signature:_____ Date:_____
```

## Page 51

```
 1       I, RACHAEL FREEDMAN, have read the foregoing
 2   deposition and hereby affix my signature that same is
 3   true and correct, except as noted above.
 4
 5
 6
 7       _____
 8         RACHAEL FREEDMAN
 9   THE STATE OF _____)
10   COUNTY OF _____)
11       Before me,_____, on this day
12   personally appeared RACHAEL FREEDMAN, known to me (or
13   proved to me under oath or through _____)
14   (description of identity card or other document)) to be
15   the person whose name is subscribed to the foregoing
16   instrument and acknowledged to me that they executed the
17   same for the purposes and consideration therein
18   expressed.
19       Given under my hand and seal of office this
20   _____ day of _____, _____.
21
22
23       _____
          NOTARY PUBLIC IN AND FOR
          THE STATE OF _____
24
25
```

## Page 52

```
 1     IN THE UNITED STATES DISTRICT COURT FOR THE
             SOUTHERN DISTRICT OF TEXAS
 2                HOUSTON DIVISION
 3   LAURA McKNIGHT, TRISHA     *
     TURNER, ANDREW BAKER,      *
 4   RACHAEL FREEDMAN, KIMBERLY *
     McCRAY, and MARGO MORENO,  *
 5                              *
        Plaintiffs,             *
 6                              *
     V.                         *  Civil Action No. H-09-3345
 7                              *
     D. HOUSTON, INC. D/B/A     *
 8   TREASURES, A.H.D. HOUSTON, *
     INC. D/B/A CENTERFOLDS,    *
 9   D N.W. HOUSTON, INC. D/B/A *
     GOLD CUP, D. RANKIN, INC.  *
10   D/B/A TROPHY CLUB, D WG FM,*
     INC. D/B/A SPLENDOR, W.L.  *  Jury Trial Demanded
11   YORK, INC. D/B/A COVER      *
     GIRLS, AND, IN THEIR       *
12   INDIVIDUAL CAPACITIES, ALI *
     DAVARI and HASSAN DAVARI,  *
13                              *
        Defendants.             *
14                              *
15       REPORTER'S CERTIFICATION
            ORAL DEPOSITION OF
16           RACHAEL FREEDMAN
               MAY 13, 2010
17
18       I, CONNIE KOENIG, RPR, Certified Shorthand
19   Reporter in and for the State of Texas, hereby certify
20   to the following:
21       That the witness, RACHAEL FREEDMAN, was duly
22   sworn by the officer and that the transcript of the oral
23   deposition is a true record of the testimony given by
24   the witness;
25       That the deposition transcript was submitted on
```

## Page 53

```
 1   _____, 2010 to the witness or to the attorney
 2   for the witness for examination, signature and return to
 3   the offices of Q & A Reporting, Inc., by
 4   _____, 2010;
 5       That pursuant to information given to the
 6   deposition officer at the time said testimony was taken,
 7   the following includes counsel for all parties of
 8   record:
 9     MARTIN A. SHELLIST, Attorney for Plaintiffs
10     ALBERT VAN HUFF, Attorney for Defendants
11       I further certify that I am neither counsel for,
12   related to, nor employed by any of the parties or
13   attorneys in the action in which this proceeding was
14   taken, and further that I am not financially or
15   otherwise interested in the outcome of the action.
16       Further certification requirements pursuant to
17   Federal Rules of Civil Procedure will be certified to
18   after they have occurred.
19       SWORN TO AND SUBSCRIBED by me in Houston, Texas,
20   on this _____ day of _____, 2010.
21
22       _____
         CONNIE KOENIG, RPR, CSR
23       Expiration Date: 12/31/10
         Firm Registration No. 402
24       Q & A Reporting, Inc.
         10220 Memorial Drive
         Suite 22
25       Houston, Texas 77024
```

Page 54

```
 1        IN THE UNITED STATES DISTRICT COURT FOR THE
               SOUTHERN DISTRICT OF TEXAS
 2                 HOUSTON DIVISION
 3   LAURA McKNIGHT, TRISHA    *
     TURNER, ANDREW BAKER,     *
 4   RACHAEL FREEDMAN, KIMBERLY *
     McCRAY, and MARGO MORENO, *
 5                             *
         Plaintiffs,           *
 6                             *
     V.                        * Civil Action No. H-09-3345
 7                             *
     D. HOUSTON, INC. D/B/A    *
 8   TREASURES, A.H.D. HOUSTON, *
     INC. D/B/A CENTERFOLDS,   *
 9   D N.W. HOUSTON, INC. D/B/A *
     GOLD CUP, D. RANKIN, INC. *
10   D/B/A TROPHY CLUB, D WG FM, *
     INC. D/B/A SPLENDOR, W.L. * Jury Trial Demanded
11   YORK, INC. D/B/A COVER    *
     GIRLS, AND, IN THEIR      *
12   INDIVIDUAL CAPACITIES, ALI *
     DAVARI and HASSAN DAVARI, *
13                             *
         Defendants.           *
14                             *
15
           REPORTING FIRM'S FURTHER CERTIFICATION
16
17       The original deposition was/was not returned to the
18   deposition officer on _____;
19       If returned, the attached Changes and Signature page
20   contains any changes and the reasons therefor;
21       If returned, the original deposition was delivered
22   to Albert Van Huff, Custodial Attorney, for safekeeping
23   on _____;
24       That a copy of this certificate was served on all
25   parties shown herein.
```

Page 55

```
 1       Certified to by me this _____,2010.
 2
 3
 4
 5
 6
                    _____
 7                  CONNIE KOENIG, RPR, CSR
                    Expiration Date:  12/31/10
 8                  Firm Registration No. 402
                    Q & A Reporting, Inc.
 9                  10220 Memorial Drive
                    Suite 22
10                  Houston, Texas 77024
                    (713) 467-7900 / Fax (713) 467-7911
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## A

**ability** 27:16
**able** 22:19 24:13
**above-styled** 1:19
**absorb** 45:24
**account** 44:19
**accurate** 8:16
**acknowledge** 39:8
  42:13
**acknowledged**
  51:16
**acknowledges**
  34:15
**action** 1:6 52:6
  53:13,15 54:6
**actual** 18:4 26:23
**add** 7:20 40:3
  42:21
**adding** 5:25 17:13
**additional** 36:13
  40:16
**address** 12:6 35:11
**Adler** 9:8
**admit** 42:7
**advantage** 39:10
**advertise** 31:13,15
  31:16 32:13
**advertisement**
  31:14 33:3,19
**advertising** 33:10
  34:2
**affect** 29:3
**affix** 51:2
**afternoon** 4:10
**aggressive** 43:8
**ago** 13:8 20:17 40:1
  40:2
**ahead** 9:23 39:9,14
**Aki** 43:2
**Al** 4:10
**Albert** 2:9 53:10
  54:22
**Alexander** 20:13
**ALI** 1:12 52:12
  54:12
**allegation** 34:19
  35:25 36:7,9,15
  38:1 41:13
**allegations** 4:17

45:13,17,21
**allege** 37:13 47:5
**alleging** 21:13 29:2
**allowed** 17:2
**allows** 9:8
**amount** 15:5 16:10
  16:12,13 25:2
  27:3 38:3 39:20
**amounts** 6:3
**Andrew** 1:3 44:22
  52:3 54:3
**answer** 5:4,15 7:6,8
  7:9 9:1,22 40:24
  40:25 42:20
**answers** 4:17 5:1,2
  15:13 33:7
**Antoine** 20:13
**anxious** 41:5
**anybody** 44:14
**anymore** 24:19
**anyway** 39:21
  40:13
**apologize** 46:21
**apparently** 19:14
  23:23
**Appearances** 3:2
**appeared** 51:12
**applied** 48:13,16
  49:3
**apply** 47:23 48:2
  48:21,22
**approaching** 23:9
**approximately**
  16:17 27:12
**area** 26:4
**argumentative**
  8:25 9:13,16
**arrested** 11:10
**aside** 26:15 30:20
  39:11
**asked** 5:10,19 6:12
  13:23 14:1,3,17
  14:23 16:11 26:10
  31:2 34:22 37:6
  42:22
**asking** 7:1,3 13:21
  18:18 25:2 39:2
**assume** 5:10
**attached** 1:23 4:19

46:2 54:19
**attitude** 9:16
**attorney** 2:14 4:11
  7:22 45:1 53:1,9
  53:10 54:22
**attorneys** 53:13
**average** 27:24
**aware** 17:15 41:13
  43:23
**A.H.D** 1:8 34:9
  52:8 54:8

## B

**B** 3:9
**back** 5:20,24,24
  12:16 13:3,18,20
  16:4,8,9,10,11,12
  16:16,22 17:6,9
  22:13,24 23:12
  24:10,19 25:12,20
  25:21 28:11,13
  30:19 45:21 46:3
  46:24 47:5,6,7,10
  47:24 48:14,20
  49:5
**Baker** 1:3 44:21
  52:3 54:3
**ballpark** 8:4 16:14
  16:25 38:9
**bank** 21:5 39:12
**bar** 13:4,9 41:19
**bartender** 24:20
**bartenders** 35:16
  48:3
**based** 35:20
**basically** 12:13
  17:11 19:11 21:6
  33:3
**basis** 31:6
**Beau** 30:6
**beers** 24:23
**beginning** 6:10
  27:19 36:18
**believe** 5:19 33:20
  34:5 38:14
**benefit** 38:20
**best** 9:22 27:15
  32:25 42:21
**big** 22:12

**Bill** 13:17 15:1
  16:25 17:9 25:24
  30:4,6,7 43:3 49:8
**blank** 18:13
**board** 48:22
**bookkeeper** 29:14
**bookstore** 32:2
**borrowed** 34:5
**bottle** 12:13
**brief** 45:10
**bring** 14:21
**brought** 23:12
**brown** 18:22
**Building** 1:21 2:5
**bunch** 42:22
**business** 34:24 35:4
  35:8 36:2,9,14
**buy** 33:4,5 40:12
**bye** 45:11

## C

**C** 2:1
**caddy** 49:5
**calculated** 7:23
**calculation** 7:19
  8:9
**calendar** 29:18
**call** 6:14 13:19 17:4
  30:8 32:16 34:23
  39:25 44:2 48:16
**called** 13:22,23
  14:10,23 30:12,23
**calling** 14:8
**CAPACITIES**
  1:12 52:12 54:12
**card** 6:18,23 7:13
  12:1,12 14:3,11
  14:14 15:18,20,21
  15:24 17:6 19:8
  19:15,23,24 22:6
  22:19,20 23:2,3,6
  23:18 24:3 25:5,7
  25:12 26:16 28:10
  28:24 29:1,12
  36:22 38:3 40:7
  46:4,24 47:10
  48:1,5,10 51:14
**cardholder** 17:18
**cards** 29:9

**care** 12:12
**careful** 15:14
**case** 4:13,20 19:3
  21:19 29:2,8,14
  30:21 31:3 42:17
**cash** 12:1 19:22,25
  22:23,25 23:7,10
  23:13,18 24:4,4
  24:11 26:1,2,23
  40:5 46:4 47:11
**category** 37:18
**cause** 1:19 39:19
**Centerfolds** 1:8
  9:25 19:1 20:5
  30:25 32:17 34:6
  34:7,11,24 35:4
  52:8 54:8
**certain** 33:12,17
**certificate** 3:8
  54:24
**certification** 52:15
  53:16 54:15
**certified** 52:18
  53:17 55:1
**certify** 52:19 53:11
**CHANGE** 50:4
**changes** 3:7 54:19
  54:20
**charge** 19:15 22:19
  23:4 35:3
**charged** 5:20 15:5
**charges** 13:25
  14:14 16:8,9 46:4
  46:24 47:10
**charge-back** 28:10
  48:19,21
**charge-backs** 22:6
  25:5,7 28:24 29:1
  48:11,12,20
**check** 26:2 29:23
  29:24
**checks** 7:13
**circumstances**
  11:19 15:2,4
**Civil** 1:6,22 52:6
  53:17 54:6
**claim** 22:9 29:15
  30:24 31:6 38:11
**claimed** 14:10,11

38:9
**claiming** 7:18 9:6
  9:24 10:2,5,8,11
  10:14 15:6 22:7,8
  25:6 26:16 43:15
**claims** 30:21,22
**class** 4:19 46:3
**close** 12:13 31:10
**closing** 22:21
**club** 1:10 6:23 10:6
  14:12,13,22 19:9
  19:16 20:1 28:11
  30:25 33:1 34:15
  41:18 45:17,21
  48:6,7,16 52:10
  54:10
**clubs** 4:12 12:15
  19:3 20:6 30:24
  31:6,9,10,14
  32:12,16 34:19,25
  35:5 36:1
**club's** 22:12
**cocktail** 10:22
  12:11
**collect** 43:18
**Colorado** 12:17,18
  13:2
**come** 13:18 14:13
  14:17 17:9 24:10
  24:24 26:25 37:12
**comes** 8:22
**comment** 49:11
**commercial** 9:9
**common** 33:18
  43:24
**compensated** 6:19
  6:20 8:6 11:24
**compensation** 49:9
**complain** 30:3 49:8
**complained** 30:4,5
  39:3
**complaining** 37:7
  49:15
**complaint** 20:23
  49:12
**concerned** 28:12
**concluded** 49:19
**conference** 44:2
**conforms** 46:7

**confuses** 39:23
**confusing** 40:3
**Connie** 1:20 52:18
  53:22 55:7
**consider** 48:15,18
**considerable** 15:5
**consideration**
  51:17
**consists** 4:16
**constitute** 36:2
**contact** 18:14 24:14
**contains** 54:20
**content** 44:4
**contested** 46:4,24
  47:10
**controversy** 17:12
**convicted** 11:14
**copy** 3:10 46:11
  54:24
**correct** 5:12 7:14
  12:5 16:1 17:19
  22:7 26:12 34:8
  38:18,21 40:22
  41:3,7,7 47:7,8
  51:3
**correctly** 27:5 30:1
  35:3
**cost** 45:24
**counsel** 53:7,11
**COUNTY** 51:10
**couple** 20:9,20
  26:24 33:7 40:1
**course** 7:17 23:4
**Court** 1:1 4:24 52:1
  54:1
**cover** 1:11 6:25
  10:12 15:12 19:2
  29:24 31:1 35:16
  39:5 52:11 54:11
**covered** 36:12,22
  36:24 37:1,3 47:4
**covers** 18:20
**credit** 6:18,23 12:1
  12:12 14:11 15:18
  15:20,21,24 17:6
  19:8,15,23,24,25
  22:6,19,20,20,23
  23:1,2,3,6,10,13
  23:18 24:3,11

25:5,7,12 26:16
  28:10,24 29:1
  36:22 38:3 40:7
  46:4,24 47:10
  48:1,5,10
**CSR** 1:20 53:22
  55:7
**Cup** 1:9 10:3 19:1,2
  19:5,12 20:2,7,16
  30:25 32:17 35:17
  52:9 54:9
**current** 12:6
**Custodial** 54:22
**customer** 13:24,25
  14:10 15:20 17:6
  19:5 20:8 25:13
  48:7
**customers** 12:14
  34:14
**customer's** 15:18
  25:19

___

**D**
**D** 1:7,9,9,10 3:1
  17:24 34:12 52:7
  52:9,9,10 54:7,9,9
  54:10
**damages** 25:6
  39:19
**dance** 18:3 34:16
  48:5,8
**dancer** 18:2 19:21
**dancers** 14:4 15:4
  16:11,20 18:1
  19:8,14,21
**dances** 19:21,22
  34:15
**dark** 18:22,23
**date** 16:2 20:18
  50:25 53:22 55:7
**dates** 10:17
**Davari** 1:12,12
  25:17 27:7 32:16
  35:5 52:12,12
  54:12,12
**David** 25:15,16,25
  26:3
**David's** 26:3
**day** 26:24 51:11,20

53:20
**days** 5:22 12:19
  16:24,25 26:21,24
  29:22
**declaration** 4:18
  46:2,15
**deducted** 36:21
  47:23
**defendant** 11:6
  34:19
**Defendants** 1:13,19
  2:8 4:12 32:13
  52:13 53:10 54:13
**define** 31:8
**definitely** 33:18
**degree** 27:23
**deliver** 27:6
**delivered** 54:21
**Demanded** 1:10
  52:10 54:10
**dentist** 47:15,17
**depending** 43:13
**depo** 18:14
**deposition** 1:15,18
  4:14 11:1 49:19
  50:2 51:2 52:15
  52:23,25 53:6
  54:17,18,21
**depositions** 29:7
**describe** 32:25
**description** 18:18
  18:21 51:14
**Diego** 13:5
**difference** 19:24
**difficult** 5:1 15:14
**direction** 9:18
**directly** 43:10
**disappear** 7:13
  23:16,25 29:10
**disappeared** 22:21
**discrepancy** 37:15
  37:17
**discussed** 43:21
  48:12
**disputed** 25:13,24
  26:22
**disputing** 16:3,9
**DISTRICT** 1:1,1
  52:1,1 54:1,1

**Disturbing** 11:13
**DIVISION** 1:2
  52:2 54:2
**document** 41:24
  42:7,13 46:9
  51:14
**documentary** 45:12
  45:16
**documents** 8:15,16
  45:20
**doing** 15:13
**dollar** 25:2 33:5
**dollars** 16:15,19,23
  22:3 28:6
**door** 19:18 43:4
**drink** 21:16 23:12
  24:10
**drinks** 12:12 16:19
  16:20 21:2,5,8
  22:3,13,14,15,20
  22:22,24 23:12
  24:10,14,23 49:4
  49:6
**Drive** 53:24 55:9
**due** 25:6
**duly** 1:19 4:7 52:21
**duties** 12:11
**duty** 43:11,19
**d/b/a** 1:7,8,9,10,10
  1:11 34:11,12
  52:7,8,9,10,10,11
  54:7,8,9,10,10,11

___

**E**
**E** 2:1,1 3:1,9 4:8
  47:19
**earlier** 46:8
**East** 12:7
**Edloe** 2:14
**employed** 9:25 10:2
  10:5,8,11,14
  20:19,21 53:12
**employer** 31:12
  33:8 35:14 36:3,7
  39:4
**employers** 30:23
  31:1,7,8 34:20
**employment** 5:17
  7:17 10:17 13:13

14:9 20:22 21:14
37:8,14 47:6
**enterprise** 36:2,9
36:14
**entertainment** 33:3
**entire** 12:3 21:18
38:9
**entitled** 26:19
**entrance** 19:18
**envelope** 25:14
26:1,2 27:2,7
**ERRATA** 50:1
**evening** 26:6
**everybody** 41:16
43:23
**evidence** 45:12,16
**exact** 8:9 9:4 19:11
20:18 22:2 25:23
34:6
**exactly** 17:24 27:15
29:18 32:22 34:17
37:7
**examination** 3:5,6
53:2
**example** 33:11
**examples** 32:19
**executed** 51:16
**exhibit** 41:22,24
46:12
**expenses** 40:14
**experience** 20:7
49:2
**Expiration** 53:22
55:7
**explain** 25:11 42:5
**explaining** 17:5
**explanation** 12:24
**expressed** 51:18
**extent** 40:24
**extra** 19:7 48:7
**eyes** 18:22

**F**
**Facebook** 44:6,8,12
44:17,19
**fact** 19:14 27:6
39:18 42:14,24
**facts** 31:5 34:18
36:8,13 41:12

43:20
**fair** 36:10 49:10
**fairly** 33:12,17
**familiar** 46:9
**far** 13:21 17:13
19:13 28:12 48:4
49:1
**Fax** 55:10
**February** 10:19
**Federal** 1:22 53:17
**fee** 19:18
**feel** 6:13,15,17,18
6:20 9:18
**fell** 21:9
**felt** 6:12
**filed** 38:15 40:15
**filled** 12:25
**filling** 23:16
**financially** 53:14
**find** 17:25 34:23
**fine** 15:25 18:18
**finish** 27:1
**Firm** 53:23 55:8
**FIRM'S** 54:15
**first** 4:7 17:25
22:22 23:9,11
24:4 25:22 27:3
41:25 42:6
**fit** 39:11
**five** 19:2 24:20
**floor** 21:9
**FM** 1:10 52:10
54:10
**following** 52:20
53:7
**follows** 4:7
**foregoing** 51:1,15
**form** 5:14 7:7 9:10
31:6 35:10 40:2
40:23
**formal** 49:12
**forms** 38:7
**forth** 32:18
**found** 32:10
**four** 28:2,3 29:22
37:9
**fourth** 28:4
**fraudulently** 14:12
**free** 33:4,6

**Freedman** 1:4,16
1:18 3:4 4:6,10
41:22 50:2 51:1,8
51:12 52:4,16,21
54:4
**Freeman** 17:22
25:20 28:8
**friend** 19:21,22
**friends** 20:11,12
44:8,12,14,14
45:8
**front** 34:22 43:4,17
**functions** 35:4
**funny** 9:11,14
**further** 53:11,14,16
54:15

**G**
**Galveston** 12:23
**generally** 11:18
**getting** 29:11,20
38:16
**girl** 18:12 33:2
**girls** 1:11 10:12
19:2,8 28:21 31:1
35:16 52:11 54:11
**give** 6:14 13:19
14:17 25:14 26:23
41:20
**given** 11:1 41:18
51:19 52:23 53:5
**Glenda** 35:2,6
**go** 9:17,22,23 13:3
20:15 21:7 22:13
24:10,19 25:21
35:18 36:13,18
37:16 44:4 47:23
48:14 49:5
**goes** 44:20 49:2
**going** 4:16,24 5:5,9
7:20 12:22 16:3
16:10,24 22:23
23:10,18 25:18
26:25 36:17 39:1
39:24 41:23,25
42:3 47:24
**Gold** 1:9 10:2 19:1
19:4,12 20:2,7,16
30:25 32:17 35:17

52:9 54:9
**Good** 4:10
**government** 40:18
**greeting** 24:4
**gross** 38:4 40:22
**group** 22:11
**guess** 41:4 42:11,12
**guy** 20:13 24:18

**H**
**H** 3:9
**habit** 25:10
**hair** 18:22,23
**half** 17:3 29:19
**half-black** 18:11
**half-white** 18:11
**hand** 41:23,25 43:5
46:11 51:19
**happen** 25:18
32:19
**happened** 13:15
21:15,17 25:17
28:7,8
**hard** 15:15
**HASSAN** 1:12
52:12 54:12
**head** 17:23
**heard** 34:1 48:25
**hereto** 1:23
**hi** 45:10
**high** 27:23
**highlighting** 33:2
**hired** 13:3 42:9
**hold** 9:21 26:20
**Honestly** 40:2
**hotel** 11:20
**hour** 6:19 12:2,3
**hours** 6:19 7:11,18
7:19,21,24 8:7,11
8:13,14,18 9:2
10:23 11:21 29:4
29:12,15 36:24
37:16 45:13
**hour-and-a-half**
4:15
**house** 48:2,9,10
**Houston** 1:2,7,8,9
1:22 2:6,11,15
12:7 31:20,22

32:7 34:11,12
52:2,7,8,9 53:19
53:25 54:2,7,8,9
55:10
**Huff** 2:9,10 3:5 4:9
4:11 5:17 7:10
9:5,15,24 12:24
18:16,20,24 30:15
30:19,20 33:17
36:21 41:2,23
42:4,6,23 44:6
46:16,19,23 47:13
47:18 48:12,24
49:18 53:10 54:22
**hundred** 16:19
**H-09-3345** 1:6 52:6
54:6

**I**
**ice** 24:20
**ID** 15:21
**idea** 42:2
**identity** 51:14
**impression** 17:16
**incident** 17:5 21:12
28:9
**incidents** 28:9
**included** 37:20
**includes** 53:7
**including** 37:24
38:3
**income** 35:10 38:4
38:7 40:17,22
41:2,3
**incorrect** 7:16
**indicates** 13:1
**individual** 1:12
14:11 17:21 30:21
52:12 54:12
**individuals** 4:12
20:15 22:18
**industry** 31:25 32:1
32:24,25
**information** 12:25
18:14 53:5
**initially** 37:6
**instance** 1:19 26:17
**instances** 21:10
26:6,13,20 28:17

29:9,10 47:9
**instruct** 24:2
**instructed** 25:12
**instrument** 51:16
**integrated** 36:2,14
**intentionally** 29:13
**interest** 39:12,13
39:14
**interested** 53:15
**International** 1:21
2:5
**interrelationship**
31:10
**interrogatories**
4:18
**intertwined** 31:11
**involved** 19:3 23:15
**IRS** 38:16,21 39:9
39:13,14
**issue** 17:16 29:19
29:20 36:24 37:1
37:3 38:25 43:21
**issues** 28:9,25
**items** 37:9

**J**

**Jester** 12:7
**Jim** 9:8
**Joe** 14:24,24 30:5,7
49:8
**John** 30:5,6,7 49:9
**joint** 30:23 31:1,7,8
33:8 34:20 35:13
36:3,7
**Judge** 5:9
**jury** 1:10 5:9 52:10
54:10

**K**

**keep** 18:17
**keeping** 15:16
**Kevin** 20:13
**kidding** 36:19
**Kimberly** 1:4 45:2
52:4 54:4
**kind** 31:25 49:12
**kinds** 33:1
**knocked** 21:4,6
**know** 5:8 6:4 7:21
8:20 9:2 18:7,8,21

18:25 19:4 22:2
22:23 28:12,21
30:9 31:5 33:25
34:18 35:16 38:7
39:22 40:1,24
41:1 42:4 43:2
44:11 45:12 48:4
**knowledge** 20:4
35:20 49:2
**known** 51:12
**knows** 7:22
**Koenig** 1:20 52:18
53:22 55:7

**L**

**lady's** 35:2
**Las** 11:17
**Laura** 1:3 6:8
44:11,14 52:3
54:3
**LAUREN** 2:13
**law** 2:14 9:7,8
**lawsuit** 4:17 6:10
11:3,6,8 30:22
36:1 37:20 44:1
44:16,22 45:11
**lawyer** 41:25 44:3
**Lazarz** 1:21 2:4
**leave** 18:13
**leaves** 46:22
**leaving** 43:5
**left** 14:5,9 16:5,6
22:14 23:3 41:19
**letter** 13:22,24 14:1
14:3,6,8,21 15:9
17:5,7
**let's** 9:17 13:16
21:3 27:1 28:18
31:13
**line** 22:13 50:4
**listed** 37:8
**Lite** 24:18,18
**lobby** 32:5,10
**located** 34:24
**long** 13:8 33:21
**look** 18:10,14 29:17
40:3 42:1
**looked** 19:14,16
**Loop** 1:22 2:5,10

**lose** 5:23 13:18,23
14:25 17:1,10
**lost** 24:14
**lot** 7:12 14:1 24:17
**loud** 11:20
**L.L.P** 1:21 2:4

**M**

**M** 2:13 4:8 47:19
**magazine** 32:1,14
32:22,25
**magazines** 31:17
31:24 32:8 33:22
**majority** 21:24
**making** 4:25
**manager** 14:24
23:5 30:8 35:8
41:21 43:16
**managers** 38:24
41:5,9,11,15
42:15,24 43:11,19
43:22
**Margo** 1:4 44:11
44:14 45:4,6 52:4
54:4
**mark** 46:12
**marked** 41:22
**marking** 41:24
**MARTIN** 2:3 53:9
**Marty** 6:14 7:20
9:16 44:2
**matched** 15:20
**matching** 15:21
**matter** 47:16
**maximum** 9:8
**McCRAY** 1:4 45:2
52:4 54:4
**McKNIGHT** 1:3
6:9 44:11 52:3
54:3
**mean** 18:17 19:13
22:4 24:16 28:1
35:15 41:1 42:19
**Meaning** 49:4
**meant** 19:17
**meeting** 23:22
**members** 4:20 46:3
**Memorial** 53:24
55:9

**mentioned** 27:2
28:17
**method** 1:21
**Michelle** 18:5
**midnight** 26:5
**Miller** 24:18,18
**mind** 8:23 36:8
37:13
**mine** 25:10
**minute** 28:18 33:10
**minutes** 24:21
**missing** 7:12 29:23
**mistake** 29:13
**mixed** 24:23
**mold** 19:11
**Monday** 13:17
**money** 5:21 7:4,5
9:5 15:5 21:6
25:25 26:1,23
38:12,20,22 39:5
39:10,12,14,20
40:9,16 41:17
43:18 47:5,6
**Monshaugen** 2:10
**month** 24:25 25:4
28:23 29:15
**months** 29:18
**Moreno** 1:4 44:12
45:4 52:4 54:4
**motion** 4:19 46:3
**moved** 35:11
**mutual** 45:8
**mystery** 44:20

**N**

**N** 2:1 3:1 4:8,8
47:19,19
**name** 4:10 13:7
17:20,22,24,25
18:3,4,6,7 20:14
25:19 27:9 30:9
31:18 33:14,20
35:2 43:2 51:15
**named** 20:13 30:8
**names** 20:12 33:23
**need** 13:18 16:8
25:25 42:21
**needed** 5:23 16:8
17:1 28:10 34:23

35:9
**neither** 53:11
**Nevada** 11:17
**never** 5:24 17:6
19:17 35:10
**new** 49:6
**nice** 47:17
**nicely** 36:20
**nickname** 30:13
**night** 23:5 26:4,19
27:24 28:4 40:13
41:17 43:5,14
45:9
**nights** 27:25 28:3
**North** 2:10
**NOTARY** 51:23
**noted** 51:3
**notice** 4:19 46:3
**number** 8:13,14
9:4 18:8 22:2
**numbered** 1:19
**numbers** 17:14,17
**N.W** 1:9 52:9 54:9

**O**

**O** 4:8 47:19
**oath** 8:5 51:13
**Object** 5:14 7:7
9:10 40:23
**Objection** 8:24
48:24
**Obtain** 24:11
**obtaining** 23:19
**occasion** 25:22 46:5
46:25 47:5
**occasions** 25:17
28:24 43:3 47:4
**occurred** 21:13
27:13 53:18
**office** 26:3 34:24
35:4,8 51:19
**officer** 52:22 53:6
54:18
**offices** 53:3
**oh** 12:16
**okay** 4:20,24 5:5
7:10 8:22 9:2
14:9 15:17 16:5
18:16 19:6,10,13

19:19 20:1,3
21:13 24:8 25:5
27:1 28:6,14,15
28:19 29:4,6
32:19,22 34:2,18
35:13,23 36:4,5
36:17 38:11 39:3
40:5,9 41:12
42:18 43:6 44:6
46:11,21 47:4
49:1,16
**once** 21:15 28:1
46:7
**ones** 4:3 21:9 33:22
43:7
**one's** 30:12
**opened** 17:18 22:18
**opening** 23:18
**opposite** 41:10
**oral** 1:15,18 52:15
52:22
**order** 23:12,15,17
23:20 24:10,15,17
26:2
**orders** 24:21
**original** 54:17,21
**outcome** 53:15
**outside** 8:18
**owe** 39:20
**owed** 22:1
**owes** 9:6

**P**

**P** 2:1,1
**page** 32:16 47:2
50:4 54:19
**paid** 7:11 8:14
19:22,23,23,25
21:5 22:15,16
26:8 28:11,13
29:11,21 34:15
38:18,21 45:13
46:3,23 47:5
**pair** 40:12
**pantyhose** 40:12
**paper** 26:23 42:16
**parties** 53:7,12
54:25
**pass** 47:18 49:17

**patrons** 23:9 24:14
**pay** 5:20,21 13:16
13:20 15:3 16:4,8
16:8,10,11,12,22
21:25 22:17,23,25
23:10,13 25:12,20
38:16 39:10,13,13
45:17,21 47:6,7
47:10 48:7,20
49:4
**paycheck** 12:1,2
**paying** 16:15 19:8
19:8,15 21:8 23:7
23:18 24:4 29:19
39:9 43:15,22
**payment** 23:19
24:11 25:25
**payments** 5:22
**payroll** 8:15,16
**peace** 11:13
**people** 12:13 18:24
20:3 22:11 23:21
23:24 24:17 28:22
29:11 35:21
**perceive** 23:21
**perceived** 23:14
29:11
**percent** 6:17,23 7:5
15:25 26:15 36:21
37:25 38:2,23,23
40:7 41:15,18,19
41:20 42:15 43:16
47:22 48:1
**percentage** 43:22
**period** 13:10 29:24
38:19 39:10
**person** 24:16 26:7
27:9 39:22,23
51:15
**personally** 31:5
41:13 44:19 47:12
51:12
**phone** 17:4 18:8
**place** 19:13
**placed** 24:15
**places** 32:10
**plaintiff** 11:3
**Plaintiffs** 1:5 2:2
31:3 44:9 52:5

53:9 54:5
**please** 21:1 22:10
25:11,22
**pocket** 22:15
**point** 26:11 49:15
**policies** 18:25 20:4
48:15,18 49:9
**policy** 3:10 23:8
41:8,11 42:14
48:20
**position** 10:21
**positive** 27:15
33:21
**possibility** 8:11,18
**pounds** 5:23 13:18
13:23 14:25 17:1
17:10
**practice** 43:24
**practices** 19:1
48:13
**Press** 31:20,22 32:7
**pretty** 22:12 33:13
**price** 19:24
**probably** 16:10
17:25 28:3 32:5
44:13
**problem** 37:22
**problematic** 26:7
**Procedure** 1:22
53:17
**procedures** 19:1
20:4
**proceeding** 53:13
**process** 4:16
**produced** 1:18
**properly** 25:1
**proposition** 23:24
**proved** 51:13
**provisions** 1:23
**PUBLIC** 51:23
**publications** 31:19
**purchase** 49:6
**purposes** 51:17
**pursuant** 1:22 53:5
53:16
**put** 25:14,25 39:11
**putting** 37:23
**P.C** 2:10
**p.m** 1:20,20 49:19

**Q**

**Quest** 31:21,23
32:22 33:11,18,20
**question** 5:4,4,8,10
7:6,9 8:17 9:22
31:2,3 33:8,16
42:20 47:21,24
**questions** 4:25 5:1
7:1 9:1 15:13
**quick** 47:25
**quit** 13:13 45:7
**quite** 32:23

**R**

**R** 2:1
**RACHAEL** 1:4,16
1:18 3:4 4:6 50:2
51:1,8,12 52:4,16
52:21 54:4
**ran** 26:7 34:4
**random** 33:11
**range** 8:18 10:24
25:3
**RANKIN** 1:9 52:9
54:9
**read** 4:5 51:1
**reading** 46:18,20
**real** 9:14 30:9
**really** 32:23 35:17
38:22 39:19,23,24
49:12
**realm** 8:11
**reason** 25:23 29:21
50:4
**reasons** 54:20
**recall** 40:19 42:11
**receipt** 23:19
**receive** 26:14,18
27:22
**received** 15:24
35:10
**recess** 30:18
**record** 1:23 30:14
30:16,19 52:23
53:8
**recycle** 24:13
**reflects** 8:14 42:14
**refund** 38:17
**regard** 22:9 37:7

37:14 39:4
**regarding** 43:21,25
**Regardless** 37:18
**Registration** 53:23
55:8
**reimbursed** 21:19
25:1
**relate** 28:10 30:21
**related** 53:12
**remember** 13:7
15:6 17:20,25
18:3 25:23 27:5,9
27:12,16 29:25
35:3
**repay** 26:11 27:4
**report** 40:10,16
41:2
**reported** 1:21 40:8
40:17
**Reporter** 4:1,4,24
52:19
**Reporter's** 3:8
52:15
**reporting** 40:5 53:3
53:23 54:15 55:8
**represent** 4:11
**required** 27:4 41:9
41:11 42:25 47:10
48:6,7
**requirements**
53:16
**resell** 24:16
**Reserve** 49:18
**respect** 47:22 48:11
**responsible** 16:15
21:8 39:17
**restaurant** 45:9
**retained** 6:23
**return** 38:15 40:16
53:2
**returned** 54:17,19
54:21
**returns** 40:20
**Rick's** 12:20
**right** 5:7 8:21
14:19 16:12,21
18:3 20:14 23:25
24:17 27:16 30:24
31:18 33:23 36:22

37:4 39:15,21
40:4 41:9 46:12
**rights** 6:13,15
**risk** 23:21
**risks** 23:15
**risky** 23:23
**Ritz** 12:18,21,22
**road** 26:11
**roughly** 27:5
**round** 21:7 22:22
**RPR** 1:20 52:18
53:22 55:7
**Rules** 1:22 53:17
**run** 26:22
**R-i-t-z** 12:21

**S**

**S** 2:1 3:9
**Safe** 27:13
**safekeeping** 54:22
**San** 13:5
**sat** 14:4 23:11
**saw** 19:4 33:18
39:11
**saying** 7:11 8:22
9:3,4 15:16 32:13
38:1,5 41:7
**says** 9:7 42:16 46:3
46:7
**SBOT** 2:4,9,13
**seal** 51:19
**seat** 12:13
**second** 27:17,18
30:17 47:2
**seconds** 23:22
**see** 29:18 31:13
47:3 49:14
**seen** 31:16 33:21
45:8 48:25
**sell** 24:18
**separation** 13:12
**Serper** 2:13 46:22
**Serve** 12:12
**served** 14:16 54:24
**service** 12:13
**set** 39:11
**Setting** 26:15
**setup** 19:7
**sheet** 12:25 19:7

**34:6,14 50:1**
**sheets** 34:4
**Shelllist** 1:21 2:3,4
3:6 4:2,5 5:14 7:7
8:24 9:10,12,17
9:21 12:20 18:13
18:17 30:12,16
33:15 36:20 40:23
42:2,20 44:3
46:14,17 47:15,20
49:1,17 53:9
**shift** 15:23 26:8,18
29:21 35:17 43:12
**shifts** 30:2
**short** 13:2,10 18:11
**shorted** 7:18 29:16
**Shorthand** 52:18
**shorthanded** 35:19
**shown** 54:25
**side** 12:23 32:6
**sign** 4:5 34:14
**signature** 3:7 4:4
42:7,8,12 50:25
51:2 53:2 54:19
**signed** 3:10 4:18
15:23 42:9
**signing** 42:11
**similar** 35:25 36:3
**single** 36:2,9,14
**sit** 22:11 23:6 24:9
29:17 43:7
**sitting** 7:21
**situations** 27:2
**six** 21:2,17 30:24
31:6 36:1
**slim** 30:5,6,8,10,13
49:9
**slips** 19:16
**solely** 44:5
**somebody** 14:2,13
17:13 21:4 24:21
**sorry** 25:10
**sounds** 16:21
**south** 1:22 2:5
12:22,23
**SOUTHERN** 1:1
52:1 54:1
**speaking** 11:18
**special** 31:3

**speculation** 48:24
**spelled** 17:24
**spend** 9:19
**spill** 21:22
**spillage** 6:20 20:23
21:10,20 22:1
37:1 45:18 48:13
49:2
**spilled** 49:5
**Splendor** 1:10 10:9
19:2 30:25 32:17
52:10 54:10
**split** 43:18
**Spoas** 13:6
**Sports** 13:4
**stand** 43:17
**start** 36:17
**started** 9:18 37:6
45:11 49:13
**starting** 24:3
**State** 1:20 51:9,23
52:19
**stated** 1:23
**statement** 14:17
15:10
**STATES** 1:1 52:1
54:1
**stating** 14:3
**statistically** 23:23
**status** 36:4
**stenographic** 1:21
**step** 33:16
**stick** 24:20
**sticks** 17:23
**stipulations** 3:3 4:1
4:2
**stole** 14:2
**stop** 5:17
**stopped** 5:19 17:2
43:4 45:10 47:6
**strictly** 35:20
**strike** 26:14
**stripper** 31:17 33:1
**stuff** 14:4 37:24
39:23,25 40:7
42:22
**submitted** 38:7
40:2 52:25
**subscribed** 51:15

53:19
**subtracting** 38:2
**suffer** 39:19
**suffered** 25:6
**Suite** 1:22 2:5,10
2:14 53:24 55:9
**Sundowner** 33:24
34:1
**support** 34:19
35:13 36:6,8,14
41:13 45:12,16,20
**supposed** 6:25 9:7
41:20 43:18
**supposedly** 25:13
**sure** 7:19 8:19
26:21 33:13,15
**sworn** 1:19 4:7
52:22 53:19
**S-P-O-A-S** 13:4

**T**

**T** 3:9 4:8 47:19
**tab** 5:20 13:16,20
15:2,6,8,24 16:3
16:17 17:12,14,17
17:17,18 19:7
22:19,20,21 23:18
24:3 25:19,24
26:7,8 27:10,23
28:1 34:4,6,14
**table** 21:3 22:12,14
24:5
**tabs** 6:1,3,4,18,18
6:21 12:12,13
22:6,10 25:1,13
26:17,21 28:23
29:1 37:3 45:22
45:25 48:13
**take** 4:14 12:12,16
24:10,19,21 39:12
39:16 40:3
**taken** 1:19 6:17
29:7 30:18 53:6
53:14
**talk** 6:11 15:15
18:1 35:9 37:21
41:5
**talked** 6:8 28:22,23
38:24 43:25 44:16

44:21 45:6
**talking** 17:13 19:20
21:11 33:9 37:6
37:12
**tax** 35:10 38:7,15
39:22,23 40:16,20
**taxes** 39:5,20
**TC** 12:7
**TDL** 12:9
**tell** 17:9 21:1 22:9
25:22 41:12
**ten** 7:24,25 9:3
**terminated** 5:13,16
13:14 14:7
**testified** 4:7
**testimony** 8:5
52:23 53:6
**Texas** 1:1,21,22 2:6
2:11,15 12:7 52:1
52:19 53:19,25
54:1 55:10
**theory** 31:9 36:3
**therefor** 54:20
**thing** 5:7 15:12
29:4
**things** 4:22 5:3
36:6,7,12 37:11
39:3 48:11
**think** 6:22 9:15
10:19 12:21 14:7
17:22 18:11,20
20:14,17 21:22
22:1 24:25 28:7,7
29:25 30:1 31:18
31:24 32:7,24
33:5,6,13,23 34:1
35:2,11,15 36:8
37:11,19 38:18
40:2 45:7,8,11
46:12
**third** 25:18
**thought** 41:6 46:20
**thousand** 8:3,4,6
8:11,17 16:15,22
22:3,5 28:5,6
**thousand-dollar**
28:2
**three** 5:22 16:24
21:25 28:3 29:22

40:1 43:13
**three-quarters**
47:1
**Thursday** 13:17
**ticket** 21:22
**time** 5:21 6:8 7:12
9:19 11:11,24
12:3 13:2,11,20
15:15 18:9 20:8
21:18,24 23:10
24:12 25:18 29:9
29:12,16,20,24
33:21 34:4,21
37:20 39:9,14
45:6 46:5,25 53:6
**times** 7:12 20:9,20
21:22,25 34:22
**tip** 6:3 7:2 15:24
26:8 28:2 38:24
41:9,11,15,16
43:8
**tipout** 43:4
**tipped** 37:25 38:23
**tipping** 3:10 42:15
42:23
**tips** 6:24 12:1,1
26:18 27:22 28:10
36:22 38:3 40:5
43:22 47:23 48:2
**today** 4:14 7:1,22
8:5 9:14 13:20
**told** 5:20 6:12
13:16,17,19,22
14:25 16:2 17:1
18:24 20:3 24:6
25:14,19,24 34:23
35:8,21 39:23
41:14 42:23
**top** 34:7
**topless** 12:15 13:9
16:20 31:25 33:3
**total** 15:6 22:25
23:13
**Total's** 24:11
**track** 15:16
**trained** 24:6 41:14
43:2
**transcribe** 5:2
**transcript** 4:25

52:22,25
**tray** 21:4,13
**Treasures** 1:8 3:10
4:11 5:13,16,18
6:6 9:6 10:15,18
10:21 11:22 13:1
13:13 14:10 16:6
17:7 19:3,9,11
20:19,21 21:14
29:2 30:22,25
32:5,9,12,17 34:5
34:12 35:18 37:8
37:13 40:6 41:8
41:11 42:10,14
46:5,25 52:8 54:8
**treated** 31:11
**trial** 1:10 49:18
52:10 54:10
**Trisha** 1:3 43:25
52:3 54:3
**Trophy** 1:10 10:6
19:2 30:25 52:10
54:10
**true** 8:10,17 51:3
52:23
**trying** 15:13 34:21
**Turner** 1:3 43:25
52:3 54:3
**twice** 46:6
**two** 12:19 14:5 15:4
16:24 17:3 21:21
21:24 25:17 27:1
29:25 30:1,2 33:6
43:13 47:4 49:11
**two-hour** 4:15
**type** 14:21

_____ U _____
**uh-huh** 4:21 5:2,5
12:10 16:5 22:8
25:8
**uh-uh** 5:2,5
**understand** 5:8,11
5:12 32:23 39:2
**understanding**
13:12,16 29:8
35:6
**understood** 5:10
48:23

**unfair** 49:10
**unhappy** 37:19
**UNITED** 1:1 52:1
54:1
**unlawful** 6:22 7:3
**unlawfully** 26:16
37:13
**unpaid** 36:24 37:16
**unreported** 40:22
41:3
**unusual** 27:22 28:1
**updated** 35:12
**upset** 6:12
**upstairs** 26:3
**use** 39:10
**usually** 16:18 21:21
22:22 40:12 43:11
43:13

_____ V _____
**V** 1:6 52:6 54:6
**Van** 2:9,10 3:5 4:9
4:11 5:17 7:10
9:5,15,24 12:24
18:16,20,24 30:15
30:19,20 33:17
36:21 41:2,23
42:4,6,23 44:6
46:16,19,23 47:13
47:18 48:12,24
49:18 53:10 54:22
**varied** 21:17
**Vegas** 11:17,17
**victim** 25:6
**violated** 6:13,16
**VIP** 26:4
**visit** 28:18 29:4
47:16
**Volume** 1:17
**voluntary** 42:15,24

_____ W _____
**wage** 37:16
**wages** 38:13
**wait** 9:21 12:14
22:13
**waited** 13:25
**waiting** 43:7
**waitress** 10:22
12:11 14:16 48:20

**waitresses** 23:8
41:8 43:1 48:2
49:3
**walk** 43:9
**walked** 6:20 22:6
22:10 25:1 28:23
29:1 37:3 45:21
45:24 48:13
**want** 16:14 18:17
22:25 23:13 27:14
27:18 29:4 39:25
42:5,6 47:16
**wanted** 15:3 30:13
47:6
**wants** 42:1
**wasn't** 5:16 14:2,2
17:17 23:8 39:5
40:17
**was/was** 54:17
**watered** 24:24
**way** 6:14 9:18
13:15 19:13 21:4
24:9 32:25 39:9
39:24 47:1,14
49:13,14
**week** 10:23 11:21
16:5,7 17:3 21:16
28:1 33:1
**weeks** 14:5 17:4
29:25 30:1
**weird** 39:24
**went** 5:24 13:21
17:6 19:4,12 20:9
20:20 21:3 22:24
26:3 34:22 40:13
**weren't** 7:11 8:6
21:19 29:11 32:9
33:9 38:11 39:18
41:8 43:8 45:13
**West** 1:21 2:5,10
**We'll** 9:22
**we're** 4:14 15:13
17:12 36:17 39:1
47:13
**we've** 36:12
**WG** 1:10 52:10
54:10
**whatsoever** 42:17
**white** 25:14 27:1

**Wish** 30:15
**withheld** 26:16
**withholding** 38:12
**witness** 1:19 9:11
9:14,20 11:8
12:21 18:23 47:18
49:17 52:21,24
53:1,2
**word** 8:8
**work** 5:24 10:23
11:21 12:18 13:18
17:2,9 35:16,17
40:13
**worked** 6:19 8:13
11:25 12:3,15
13:1,1,10 21:18
28:2 29:20 43:1
45:14 46:5,25
**working** 7:11 14:5
16:7 17:2 45:7,10
**works** 43:3
**worried** 28:14
**worth** 22:3
**wouldn't** 23:17
31:21
**write** 13:22,23 14:1
14:3,8 17:5
**wrote** 17:7
**W-2** 7:16 34:21
37:15,16,22 38:4
39:4 40:17
**W.L** 1:10 52:10
54:10

_____ X _____
**X** 3:1,9 4:8 47:19

_____ Y _____
**yeah** 12:16 15:9,11
22:4 30:4,11
32:11 33:13 34:10
35:2 42:8 46:16
46:19
**year** 20:17 38:9,18
38:19 39:6,21
40:15
**years** 40:1,2
**yes-or-no** 5:4
**YORK** 1:11 52:11
54:11

**y'all** 6:11 9:18

### Z

**zero** 17:13 38:10
**zeros** 6:1,4

### $

**$1,000** 16:20 27:5,6
**$10** 21:2
**$150** 28:23
**$2,000** 16:20
**$20** 19:22 40:8,9
**$25** 19:15,17,23
  34:16
**$5** 19:7,15,17 48:5
  48:7
**$50** 22:25 24:11
**$500** 27:25
**$68** 38:8
**$800** 38:18

### 0

**00786487** 2:4
**06** 10:19
**08** 10:20 27:19

### 1

**1** 1:17 3:10 41:22
  41:24
**1,000** 27:21
**10** 41:15,20 43:16
**100** 25:4 42:15
**10220** 53:24 55:9
**12/31/10** 53:22 55:7
**1200** 27:21,21 28:7
**1225** 2:10
**13** 1:16,20 50:2
  52:16
**15** 38:23 41:19
**150** 25:4
**1640** 12:7
**18032100** 2:13
**18322276** 12:9
**1900** 1:21 2:5
**1910** 1:22 2:5

### 2

**2** 3:2
**2.13** 12:2,3
**20** 5:23 8:1,2 9:3

13:18,23 14:25
  17:1,10 23:22
  48:19
**200** 2:14
**2006** 10:19 27:13
**2007** 27:14 28:7
**2008** 28:8
**2010** 1:16,20 50:2
  52:16 53:1,4,20
  55:1
**22** 53:24 55:9
**227** 12:7
**24028183** 2:9
**26** 10:25

### 3

**3** 27:25 28:4
**3/D** 1:21 2:5
**3:06** 1:20
**3405** 2:14

### 4

**4** 3:3,5
**4:09** 1:20 49:19
**40** 10:25 11:21
**400** 28:3
**402** 53:23 55:8
**41** 3:10
**45** 12:22
**467-7900** 55:10
**467-7911** 55:10
**47** 3:6

### 5

**5** 6:17,23 7:5 15:25
  26:15 36:21 37:25
  38:2,23 41:18
  47:22 48:1
**50** 3:7
**500** 22:4 28:4
**52** 3:8

### 6

**640** 2:10
**6577** 1:20

### 7

**713** 55:10,10
**713/278-9398** 2:15
**713/621-2277** 2:6

**713/880-2992** 2:11
**77008** 2:11 12:8
**77024** 53:25 55:10
**77027** 1:22 2:6,15

### 9

**90** 26:21
**95** 40:7