49:13 53:12
clubs 7:21 19:18
  36:12,16 38:10
  45:2,19 46:5,8,14
  46:15,16 48:22
cocktail 9:10
collected 38:10,23
  39:5
collecting 45:9
collectively 26:9
come 26:21 48:3
comes 38:18,18
coming 15:5
Commission 52:22
common 23:13
community 11:10
companies 21:3
company 38:22
  46:7,21 48:11
complaining 36:2
completely 33:20
  33:25 34:7 39:3,9
  39:10
complicated 6:7
concluded 50:18
conduct 37:13
confused 23:2
connection 7:3 17:7
  36:9
contain 52:5
contention 36:14
conversation 5:5
  5:10 14:23 15:3
  16:22 17:19 29:11
conversations
  14:12
copy 49:21
correct 6:17,18
  8:19 9:11,12,15
  9:16 12:7 14:2,3,4
  14:5,8,9 16:13,16
  16:18,19,20 18:1
  18:22,23 19:20
  23:15 24:25 25:8
  25:11,18,21,22
  26:3,4 28:7,12,12
  28:15 29:13,14
  30:18,25 31:11
  32:9,10,12,18,20

33:14,16 34:6,25
35:17,20 36:23,24
37:7,20,21 41:9
42:14 43:11 48:2
48:13 52:5
correction 51:4
  52:8
corrections 3:6
  51:1 52:7
cost 20:16 31:19
  38:8
counsel 54:10
County 11:6 40:18
  52:15 53:19
couple 12:10 27:22
  28:19 44:5
course 31:8
court 1:1 4:16 5:1
  5:23 53:1
courthouse 4:20
cover 1:13 9:6
  31:19 37:6 53:13
covered 38:10,23
  39:4
created 49:18
credit 7:5 15:6 17:9
  17:21,24 18:20
  19:4,19 20:7,8,16
  20:17 21:3,4,7,9
  21:14 26:1,19,22
  31:7,10,23 32:2,3
  32:6,7,17 35:22
  35:23 36:5,5 38:9
  38:14,21 39:4
  41:20,24 42:14,21
  42:24 43:16 44:9
CSR 1:21 54:19
Cup 1:11 8:22 37:3
  53:11
currently 6:24
customer 42:1 47:6
cut 30:6

―――― D ――――
D 1:8,11,12 53:9,11
  53:12
Daily 50:6
damages 39:15
dance 32:8 44:10

44:11
dancers 32:8 38:10
  38:24 39:5,8
dances 32:4,8 39:7
date 6:19 54:20
dated 41:4
dates 22:17 23:11
  23:14 25:16
Davari 1:14,14
  26:6 28:2 29:10
  29:18 43:20 44:21
  49:18 53:14,15
David 26:6 28:2
  29:10,18 43:20
  44:21 49:18
day 11:11,12 52:17
  54:16
deal 23:6
dealt 44:21
December 9:9
  23:16 25:20
decided 21:17
declaration 40:25
  41:4,8,14,23
deduct 35:15
deducted 21:1
  38:14
defendant 10:7
defendants 1:15,20
  2:8 7:20 8:17
  36:12 53:16
deferred 11:21
  12:1
delinquent 12:9
DEMANDED 1:13
  53:13
deposition 1:17,19
  1:24 4:4,13,15
  50:18 53:25 54:2
  54:7
depositions 4:2
  23:7
detail 15:20 17:16
different 16:21
directly 21:11
dispute 34:25 42:1
disputed 42:22,24
distributed 49:16
DISTRICT 1:1,1

53:1,1
divide 28:25
DIVISION 1:2
  53:2
divorce 10:13
document 3:11
  35:6,7,10
door 33:3 45:9
drinks 32:3 47:8,9
  48:5
Drive 54:21
driver's 6:21
due 38:9
DUI 39:20 40:9
DUI's 40:21
duly 1:20 4:7 53:24
DWI's 40:20
D.N.W 1:10 53:10
d/b/a 1:8,9,10,11
  1:12,13 53:9,10
  53:11,12,12,13

―――― E ――――
E 2:1,1 4:8 44:7
  52:1,1,14
earlier 18:3 23:10
  48:19
earnings 33:2
eight 21:22
eight-year 21:10
either 16:15 43:10
Elizabeth 1:17,19
  3:3 4:6,12 51:25
  52:3,12,17 53:5
  53:23
employed 6:24 7:9
  7:15 8:21,24 9:2,5
  13:18,19 16:11,12
  16:12,15 30:5
  36:22 54:11
employee 30:13
employees 20:6,15
  26:11 44:17 49:2
employer 37:17
employers 36:13
  37:24
employment 8:5
  18:10 19:17 21:24
  22:14 25:25 28:4

28:6 31:8 32:12
  32:15 33:13 36:1
  36:8 42:6 48:18
  48:19
entered 11:20
enterprise 37:10,14
  37:20,23
entire 33:13 42:9
entities 16:16
entitled 3:11
envelope 43:20
  44:2
envelopes 49:9
estimate 49:25
exact 7:24 8:8 9:17
  15:3
exactly 8:13 9:16
  15:2,3 27:15 33:8
  38:11
examination 3:1,4
  54:4
example 14:16
excuse 5:12 25:5
exhibit 3:9,11 35:4
  35:6 41:11 44:23
experience 30:20
  32:14,22 36:21
experienced 32:11
Expiration 54:20
Expires 52:22
explain 6:3 17:11
  19:3 21:5 31:22
  32:23 41:21
extra 13:17

―――― F ――――
F 52:1
Facebook 12:16,18
  13:6,9,14
fact 20:10 21:6,8
  32:23,25 34:3
facts 36:13 38:25
factual 20:22 41:22
fact-based 19:12
failed 39:21
fair 17:10 20:15,18
  30:23 39:13
family 39:25
far 9:8 20:4 25:17

26:16 31:23 39:17
  46:25
FAX 2:7,12
federal 1:23 4:5,20
fee 20:9 21:3 44:14
fees 38:10
fellow 33:7 44:16
  49:2
felt 41:25 42:2
figure 30:24
filed 41:1
fill 30:10 31:4
filled 30:14 50:1
finally 6:1
financially 54:13
find 13:11
fine 40:12,15 46:20
finish 5:7,11,12
  41:13
fire 21:17
fired 16:5 21:11,23
  22:8 26:24 27:22
  27:24,25 28:2,19
Firm 54:22
first 4:7 12:13 15:1
  17:21
five 38:19 42:8,11
  46:8
FM 1:12 53:12
focus 22:4 33:24
Foley's 10:22 11:5
folks 42:4
following 53:22
follows 4:7 54:7
forced 21:9
foregoing 52:5,8
forgive 7:11
form 15:5 19:6
  31:14 35:1
formal 34:3
four 7:18 12:8
Freedman 1:4
  12:14,25 14:7,10
  14:15 15:1 53:4
friends 12:18 13:9
front 4:19,20 33:3
  45:9 50:2
full 4:10
further 35:9 50:14

54:10,13

### G

G 38:4 52:1
GED 11:4
general 4:15 15:4,9
  16:4
gentlemen's 7:20
getting 13:25 32:5
Girls 1:13 9:6 37:6
  53:13
give 27:11 35:15
  43:20 47:13 49:9
  49:20
given 4:13 52:6
  53:25 54:15
giving 45:11 51:2
Glenda 38:3,4
go 5:21 6:14 13:6
  15:13 17:15 19:12
  24:2 28:9 30:10
  36:19 37:2,22
  45:5,6
goes 13:15 31:23
going 4:4 5:1,22 6:7
  6:10,14 11:14
  14:11 15:19 17:12
  17:15 21:17 29:6
  35:5 39:2 41:11
  41:14 49:5
Gold 1:11 8:21
  37:2 53:11
good 40:7
gotten 40:20
graduate 11:2
grand 24:5 26:22
  29:19,21
greater 15:20
Grill 6:25 7:4,7,9
  25:3,6
guess 7:11 8:14
  14:2
guilty 11:20,23
  40:15
guys 48:4

### H

hand 35:5,19 43:8
  54:15
happen 42:6 43:7

happened 30:24
  33:15 39:23 42:3
  47:10
Harris 11:5 40:18
  53:19
HASSAN 1:14
  53:15
head 5:23 23:20
  30:16 37:11
hear 12:13 41:6
  48:3,24
heard 14:6 15:25
  32:22 42:4
held 21:6
help 24:19 34:9
  36:17
hereto 1:24
he'll 34:21
high 11:2
hold 6:11 27:7 42:2
hours 11:9 12:10
house 44:10,13
Houston 1:2,8,9,10
  1:23 2:6,11 6:17
  53:2,9,10,11
  54:22
Huff 2:9,10 3:5 4:3
  4:9 19:16 22:7
  31:16 34:2,24
  35:3,5 44:4,24
  45:3 47:11 50:15
  54:9
huh-uh 5:22 13:1
H-09-3345 1:7 53:7

### I

idea 15:4,9
ideas 16:4
identically 45:19
identification 6:15
identified 41:10
important 5:3
incident 26:18
INDEX 3:1,9
indicate 6:9 16:10
  51:2
individual 1:13
  53:14
information 6:15

initially 14:7
instance 1:20 40:3
  42:1
instances 42:19
instruction 19:12
integrated 37:10,19
  37:23
intent 14:17
interested 54:14
internally 35:16
Internet 36:15
  46:11
interrogatory 6:16
  8:16 9:8 16:10
  23:3,8 39:19
interview 30:15
involved 10:13
  13:11 49:13
issue 5:19 15:18
  20:10 32:17 35:23
  36:5,6 43:9,18
  44:22,22 48:11
issued 48:22
issues 17:13 18:15
  18:22,24 36:7
items 18:11

### J

Jackpot 36:16 46:5
  46:16,20
jail 11:10,13,14,15
James 7:12,15,19
  24:24 25:1
January 6:19
Jerry 8:12
job 7:3 20:21 21:11
  22:8,11 30:10
jobs 26:13
Joe 26:8 29:8,8
  45:8,25 49:7
John 26:8 27:14,15
  33:6 49:7
joint 36:13 37:17
  37:24
judge 4:20
June 9:10,14 23:16
  23:21 25:17,20
  27:4
jury 1:13 4:21

53:13

### K

keep 12:17 13:6,17
  21:10 26:12
Kerrienne 1:21
  53:20 54:19
Kim 44:6
Kimberly 1:5,17,19
  3:3 4:6,12 51:25
  52:3,12,16 53:5
  53:23
kind 16:4 21:21,21
  24:15 41:25
know 6:3 7:24
  11:22 15:3 16:8,9
  20:1,5 21:8,10
  26:16 29:25 30:7
  35:2 36:15,17,19
  38:17,25 39:8
  45:6 46:20,23
  50:1
knowledge 37:1
  44:12,14 46:19
  47:6 48:21 49:16

### L

L 1:21 53:20 54:19
Lane 6:17
lap 44:9
large 41:24 46:7
larger 41:20 42:13
Laura 1:3 12:15,23
  14:7,15 15:25
  16:3 53:3
law 39:16,17
lawsuit 10:4,7
  12:13 14:6,13
  15:2,5 17:2 36:2,9
  36:11 37:9 38:8
  38:17,25 39:6
lawyer 11:23 14:18
  14:20,24
lawyer's 20:21
Lazarz 1:22 2:4
leave 9:22
left 9:23 47:9
legal 19:9 20:21
legitimately 20:5
let's 47:7

**liability** 41:25
**license** 6:21
**life** 39:25
**Likewise** 32:17
**line** 51:2
**list** 17:15 18:13
  49:12,15,17,22
  50:5,10,11
**lists** 26:11
**little** 16:21
**long** 7:7,17 8:7,8
  49:22
**look** 41:17
**looking** 40:25
**looks** 16:8
**Loop** 1:23 2:5,10
**lump-sum** 31:7
  35:23
**L.L.P** 1:22

────M────
**M** 4:8 44:7
**Macaroni** 6:25 7:4
  7:7,9 25:3,6
**machine** 1:22
**management** 26:6
  26:13 29:18 32:7
  36:16 44:16 46:3
**manager** 15:14
  16:5 29:8 33:6
  45:7,21
**managers** 9:24
  18:3,5,6,8,25 26:7
  32:2,24 33:2,3,12
  33:18,19 34:4
  35:10,16,19,25
  36:6 45:2,8,11,14
  46:1 48:23,25
  49:3,9,21
**mandatory** 35:11
**Margo** 1:5 12:21
  53:5
**marked** 35:4,6
**MARTIN** 2:4 54:8
**matter** 30:12
**McCRAY** 1:5,17
  1:19 3:3,11 4:6,10
  4:12 35:4 51:25
  52:3,12,17 53:5

  53:23
**McKNIGHT** 1:3
  12:23 14:7,15
  16:1,3 53:3
**mean** 19:8 46:6,19
  49:22
**Meaning** 46:9
**means** 46:7
**meeting** 27:17
**Memorial** 54:21
**mention** 23:10
  37:24 39:21
**mentioned** 37:17
  48:7
**mentioning** 14:21
**met** 16:9
**minimum** 42:8,11
**minor** 39:22
**money** 15:7 17:10
  21:12 22:15 27:10
  27:16 28:3,6,14
  28:18,22 29:13
  38:23 39:14 42:2
  45:11 50:9
**moneys** 39:4 49:13
**MONSHAUGEN**
  2:10
**month** 7:25 21:11
**Monthly** 50:6
**months** 7:18 9:20
  24:1,9 27:21,22
  27:23 28:25 29:1
**Moreno** 1:5 12:21
  53:6
**motion** 41:1
**mouth** 30:22
**move** 27:3
**multiple** 17:12
  26:15,16 29:22,23
**mystery** 13:15 31:1

────N────
**N** 2:1 4:8,8 44:7,7
  52:1,1
**name** 4:11 46:10,16
  46:20
**named** 36:12
**names** 26:11 49:24
  50:8

**necessarily** 11:17
  30:3,7
**necessary** 42:2
**need** 5:11,13,15,21
  6:4 7:10 26:9
**needed** 26:1,21
  45:7
**needs** 46:3
**neither** 16:25 34:24
  54:10
**never** 16:15 26:17
  31:9 42:24
**new** 30:13
**night** 18:7 45:7,12
**nightly** 33:2
**nine** 27:20
**nodding** 5:22 23:20
  30:16 37:11
**normal** 5:5,10
**North** 2:10
**notary** 1:24 52:9,21
**note** 9:24
**notebook** 50:1
**noted** 52:8
**number** 6:21 15:12
  27:11 44:9 51:2,2
**numbered** 1:21
**nutshell** 37:14

────O────
**O** 4:8 44:7 52:1
**oath** 45:1
**Object** 19:6 31:14
  35:1
**objection** 5:16 45:3
  47:11
**observed** 45:10
**occasion** 49:23
**occur** 17:18
**October** 24:10
  25:21
**OFFICE** 54:15
**officer** 53:24
**offices** 1:22
**Oh** 7:8 8:7 22:23
  49:25
**okay** 4:22,25 5:18
  5:25 6:12,13 7:13
  8:16 9:19 10:2

  11:5,19 12:11,16
  13:4,8 14:24 15:8
  15:11,16,19,21,24
  15:25 16:25 17:8
  17:11,19,20 18:15
  18:20 19:1,3,16
  19:25 20:2,8,18
  20:19,21 21:4
  22:5 23:5,8,14,25
  24:6,17,19,21
  25:5,14,16 26:7
  27:7,19 29:11,16
  29:20,25 31:3,6
  31:22 32:1,6
  33:11 34:16,22
  35:3,9,18 36:18
  36:21 37:10,14
  38:2,6,12,20 39:2
  39:7,11,19,23
  40:2,5,6,18,20,24
  41:13,16 42:3,9
  42:13 43:10 44:3
  44:12,18,20,22
  45:10 46:1,13,16
  46:23 47:18,23
  48:7,16,18,21,24
  49:1,3,8,19,22
  50:3,12
**once** 41:13
**oral** 1:17,19 53:25
**order** 21:10 26:12
  43:23
**original** 21:15
**outcome** 11:8 40:11
  54:14
**overbroad** 45:4
**overweight** 16:6,7
**owed** 22:15 26:12
  27:10,16 28:3,6
  31:6 49:13
**owes** 39:15
**owned** 8:12
**owner** 8:14 27:18
  41:25 49:10
**owners** 9:23 26:11
  44:19,20

────P────
**P** 2:1,1

**page** 3:4,10 41:5,17
  46:15 50:2 51:2,3
**pages** 52:5
**page(s)** 52:8
**PAGE/LINE** 51:4
**paid** 13:22,25 14:4
  15:7 21:12,16
  28:7,16,18,24,25
  29:1,12,19 35:24
  39:7,18 41:19,20
  42:17,18,19 43:7
  43:15 50:9
**pains** 52:4
**paper** 35:12 50:1
  51:2
**paragraph** 23:12
  41:18
**Pardon** 28:2
**part** 11:18 15:9
  31:18 43:9
**particular** 40:2
**parties** 54:11
**party** 10:10 54:6
**Pass** 44:4
**pause** 5:13,15
**pay** 21:9,13,14,16
  24:4 26:1,19,22
  28:14,22 40:15
  43:23 47:3,9,15
  47:19 48:4 50:10
**payments** 29:17
**Payne** 8:12
**payroll** 13:22 30:4
  30:7,22
**penalties** 52:4
**penalty** 4:23
**people** 13:9 14:13
  15:4 36:25 42:4
  50:2,8,10,11
**people's** 17:2 23:7
  32:22
**perceive** 17:6 19:5
  19:23 20:9
**percent** 15:6,10
  16:4 17:8,21 18:7
  18:18,20,25 19:4
  19:19 20:5,6,10
  20:17,25 21:1
  24:15 32:24 33:2

33:12 34:22 35:15
 35:19,22,24 36:5
 38:12 39:4,17
 46:22
period 8:9 9:20
 24:23 42:2,10
 43:13 47:2 50:7
perjury 4:23 52:4
permitted 28:9
person 32:4
personal 37:1
personally 45:10
phone 15:12
phrased 40:7
piece 50:1
place 52:6
plaintiff 10:4
plaintiffs 1:6 2:3
 12:19 38:19,20
 53:7
plea 11:20
plead 40:15
please 4:10 19:3,15
 21:5 31:22 32:23
 41:21 50:17 51:2
 51:3
pled 11:22
point 8:6 25:24
 29:12 47:14 48:10
 48:14
policies 37:2 45:18
policy 33:17,20
 34:3 44:23 48:10
pony 26:10
poor 40:5
portion 7:4
positive 34:22
practice 45:1
pretty 11:22 18:17
previous 4:2
prior 25:1,3 26:18
 29:14 31:6 43:1
privilege 14:21
probably 37:18
probation 11:9,25
 11:25
problem 28:17
problems 21:21
Procedure 1:23 4:5

procedures 37:2
 45:18
proceeding 10:11
 10:14 54:12
process 20:17
processing 20:8
 21:3 38:21,22
 44:14
produced 1:20
program 11:14
proof 42:25
provisions 1:23
public 1:25 52:9,21
punishment 11:18
purposes 41:11
pursuant 1:23
put 9:23 26:11
P.C 2:10

               Q
question 5:12,20
 6:2,5,10 19:7,13
 19:14 22:2 31:15
 31:16 33:24 34:8
 34:12,23 39:9
 40:5
questions 4:17 5:2
 6:7 14:12,16
 41:12 44:6 50:14
quite 5:10
quote 21:2

               R
R 2:1 52:1
Rachael 1:4 12:14
 12:25 14:7,10,15
 15:1 53:4
ran 18:17 35:13
 36:20 45:19
Rankin 1:11 7:14
 53:11
read 1:24 50:16
realized 30:5
really 13:6 24:18
reason 5:15 6:8
 13:8 22:9 23:2
 51:2,4
reasons 52:7
recall 8:8 10:23
 11:19 33:7 48:16

49:3
receipts 21:12
recognize 41:2
record 1:24 4:11
 5:13 16:22 53:25
recorded 1:22
regard 17:1,4
 18:10 21:4 32:21
 35:21 36:4,7
 37:17 42:3,5
 43:19
regarding 14:13
 19:4 33:18 45:2
regardless 32:3
Registration 54:22
regular 16:22
related 32:18,19
 54:11
repay 31:10
repeat 19:14 22:5
rephrase 6:4 31:16
 34:21
reporter 4:16 5:1
 5:23 50:16 53:21
REPORTER'S 3:7
Reporting 54:21
required 26:18
 31:19 32:24
reserve 50:13
reside 6:16
respect 45:18
responsible 21:7
 31:25 32:5 47:19
return 54:4
Rick's 7:22
right 5:8 6:24 11:1
 17:1 21:4 22:10
 24:2,22 25:4,5,12
 27:21 31:2,24
 32:10 34:13 38:13
 38:15 40:25 47:21
 47:25 50:13
roughly 9:17 24:9
 33:10
Rules 1:23 4:5
run 43:8
running 46:8

               S

S 2:1 52:1,1,1,14
sat 47:7
saw 30:8 49:23
saying 14:3 40:2
 46:14
says 6:15 9:13 23:3
 35:12 39:17,19
 41:17 42:13
school 11:2
SEAL 54:15
second 15:13 17:24
 29:4,5,7,15 41:5
 41:17
see 8:16 22:25 46:9
 49:8,19
seen 46:11
sentence 5:6
September 24:10
served 11:12,17
server 7:2,3
service 11:10
setting 44:25
settled 9:25
seven 26:25
seven-year 42:9
shaking 5:22
Sharing 18:5
sheet 51:2
Shellist 1:22 2:4,4
 3:5 4:1 15:12
 19:6,11 22:1,4
 31:14 33:22 34:11
 34:14,17,19 35:1
 44:5,8 45:5 47:16
 50:13,17 54:8
short 5:13,15 8:9
 24:23 25:7 43:13
shorthand 1:22
 53:20
show 11:16
showed 42:25
 44:24
shown 26:17
sic 35:13 36:20
 39:7
sign 50:16 51:3
signature 3:6 35:7
 35:8 51:1 54:4
signed 1:24 33:18

33:23 34:1 44:24
signing 32:4 52:9
single 20:7,16
 37:10,19,23
sir 8:2,4,7 10:6,9,12
 10:15,17 12:7
 13:3,13,20,23
 14:1 16:2,14,17
 17:23 18:1,14,23
 19:2 21:15 22:24
 23:15 24:25 26:2
 26:20 28:21 30:11
 30:18,21 36:3,10
 38:5,7 40:17,22
 42:15
sit 27:17 33:3 45:8
site 46:11
sitting 39:1,13
six 27:23 31:8
 36:12,12
skipping 15:22
Slim 49:7
solemnly 52:3
somebody 32:6
someone's 5:6
soon 28:18
Sorry 13:3
sort 13:15 24:19
 31:1
South 1:23 2:5
 40:19
SOUTHERN 1:1
 53:1
span 9:17
Spartanburg 40:19
speak 27:17
specific 49:3
speculation 47:12
speeding 12:9
spill 47:13,15 48:7
 48:11,22 49:4
spillage 48:3,12
spilled 48:5
spills 47:17
Splendor 1:12 9:3
 37:5 53:13
St 7:12,15,19 24:24
 25:1
stand 25:5 45:8

start 5:7,17 14:23
starting 22:21
state 1:21 4:10 8:17
    8:18 38:8 52:14
    52:21 53:18,21
stated 1:24 52:6
statement 14:2
    41:22 45:1
statements 41:12
states 1:1 9:9 33:19
    35:10 53:1
stealing 10:21
stipulate 4:3
stipulations 4:2
stopped 22:20
    47:14 48:22
strip 46:8
stuff 15:15
submitted 54:2
SUBSCRIBED
    52:16
sudden 14:22
sufficiently 41:10
Suite 1:23 2:5,10
    54:21
supervising 33:6
support 36:14
    37:18 38:25 41:1
suppose 15:11
supposed 9:25
    11:21 15:7 18:6
    27:5 29:23
supposedly 16:6
    22:15 27:10 28:3
    42:23
sure 4:3 6:5 8:13,15
    9:16 11:22 13:10
    14:19,25 17:14,17
    20:24 23:9 24:14
    24:15,18 31:5
    33:23 34:7,11,19
    38:11 39:10,16
    40:8 46:22 48:9
    50:7
suspend 29:25
suspended 22:14
    27:5,8,8,13,19,20
    27:21
swear 52:3

sworn 1:20 4:7,16
    52:16 53:24

___ T ___
T 2:9 4:8 44:7 52:1
    52:1,14 54:9
tab 17:9 29:21
    31:23 32:7 47:3,7
    47:20,24
tabs 29:22 31:12,20
    31:24 32:2 46:25
take 5:23 11:15
    19:16 23:6 25:12
    28:17 35:18
taken 1:20 44:13
    54:13
talk 5:3,17 15:16
    16:24 17:13,16
    29:6
talked 13:18 14:17
    15:17 22:17 23:11
    25:16 35:22,24,25
    36:6,7 43:18
talking 5:7 14:23
    23:13 37:24 41:13
    47:16
teens 11:15
tell 4:23 20:25
    26:21 27:15 29:11
    30:19
telling 6:8 15:4
    49:4
term 6:2
testified 4:7 47:1
testimony 4:17
    45:17 52:6 53:25
Texas 1:1,22,23 2:6
    2:11 6:17,21
    52:21 53:1,18,21
    54:22
Thank 25:22 31:17
theory 37:9
therefor 52:7
they'd 50:11
thing 13:6 37:5,25
things 4:15 15:23
    23:7 37:16,18,22
think 7:10,12 8:5
    11:17 12:8 17:12

    18:12 20:2,5,15
    24:19 41:10,14
    43:4
thinking 20:20
third 18:2 41:18
three 18:11 24:1,9
    28:25,25 29:1
ticket 12:9 32:9
    48:8
tickets 47:13,15
    48:11,22 49:4
time 8:7,8,14 9:17
    9:17 10:19 11:12
    11:17 12:3 22:6
    24:24 25:7 28:9
    29:4,5,7,15 30:19
    42:2 43:13,16
    47:2 50:7,14 52:6
    54:6
times 10:18 42:6
tip 18:6 32:4,9,24
    33:1 41:24 45:7
    45:14
tipping 3:11 15:14
    18:8,25 33:12,18
    33:19 34:4 35:10
    36:6 45:2
tips 7:5 18:5 19:19
    35:15,19,24 38:14
    41:20
tip-out 33:4
tip-outs 15:14 16:5
    45:9
today 4:17 5:11 6:7
    39:1,13 45:1
told 12:15 14:10
    15:1 21:2 25:25
    26:5,9 31:6 33:1
    36:25 42:23 43:22
    43:23 44:14,15
top 41:18
topless 7:21
totally 39:12
totals 26:12
Tovar 27:14 33:6
Tower 1:22 2:5
trained 33:1,5,7
    45:6
trainers 44:16

transcript 52:5
    53:24 54:2
transferred 30:12
tray 48:5
Treasures 1:9 8:18
    9:8 10:1 13:19,25
    14:4 16:11 17:7
    18:11,18 19:17
    21:5,19,20,23
    22:8,14,18,20,22
    22:23 23:19,23
    24:1,3,6 25:20,25
    26:25 28:5,6,10
    28:20,23 29:2,3,7
    30:1,20 31:9,18
    32:12,18,19,21
    33:13 34:3 35:11
    35:14,21 36:1,17
    36:22 38:1,9
    39:14 42:7,10
    43:10 45:17,22
    46:2 47:25 49:10
    53:9
trial 1:13 50:14
    53:13
trick 15:22
Trisha 1:3 13:4,5
    53:3
Trophy 1:11 8:25
    37:5 53:12
troubles 39:24
true 43:14 47:4,5
    47:25 52:5 53:25
truth 4:24
trying 13:11 15:22
    30:23 31:24
turned 11:1 22:11
Turner 1:4 13:4,5
    53:4
two 9:20 20:14
    42:19
type 5:1 11:25,25

___ U ___
U 52:1
uh-huh 4:18 5:9,22
    12:5 13:20 14:14
    17:3,5,23 18:9
    19:10 22:19 23:1

    24:11,25 25:14
    27:2 34:5 37:15
understand 6:1,2,5
    6:8,10 16:23
    20:20 22:7 25:24
    34:11,18,20 37:16
understanding
    11:24 12:2 23:13
    29:20,23 31:9
    39:2
understood 6:11
unfair 19:24 20:6
UNITED 1:1 53:1
unlawful 19:5,23
    19:24 20:2 36:9
unlawfully 31:19
use 37:25
usually 5:5

___ V ___
vague 45:3
Valley 6:17
Van 2:9,10 3:5 4:3
    4:9 19:16 22:7
    31:16 34:2,24
    35:3,5 44:4,24
    45:3 47:11 50:15
    54:9
viewed 37:14
vocalize 5:21
voluntary 33:19
    34:4 35:11
VS 1:7 53:8

___ W ___
W 52:1
wait 33:3,4 41:19
    42:17 43:6,15
waitress 7:16 8:1
    8:10,11 9:10
    16:13 22:8 30:20
    33:7 45:9,13
waitresses 32:9
    33:1 41:19 42:5
    45:11 48:12 49:8
    49:14
walked 31:12,19
    32:6 46:25 47:3,7
    47:18
want 11:16 14:22

| | | | |
|---|---|---|---|
| 15:13 41:12 | 43:12 45:16,16 47:2 | **1** | 36:5 38:12 39:4 39:17 |
| **wanted** 21:15 27:18 | **working** 13:24 | **1** 3:11 20:5,5,9 35:4 35:6 44:23 | **5th** 41:4 |
| **wasn't** 11:14 22:15 30:12 40:7 | 22:12,20,21 24:23 26:23,25 28:24 | **1/2** 20:5 | **50** 11:9 |
| **way** 14:11 18:17 31:24 36:20 37:12 40:7 | 29:1,14 30:1,6,20 | **10** 18:7,25 32:24 33:2,12 35:15,19 35:24 | **51** 3:6 |
| | **wouldn't** 32:8,9 | | **53** 3:7 |
| **Web** 46:11,15 | **wrap** 41:14 | **10:13** 1:21 50:18 | **6** |
| **week** 7:8 | **write** 23:11 | **100** 24:15 34:22 46:22 | **621-0993** 2:7 |
| **Weekly** 50:6,7 | **writing** 44:25 | **10220** 54:21 | **621-2277** 2:6 |
| **weeks** 28:19 | **written** 33:17 44:23 46:10 | **12-31-10** 54:20 | **640** 2:10 |
| **welcome** 25:23 | **wrong** 23:11 | **1225** 2:10 | **6706** 6:16 |
| **went** 21:18,23 24:1 24:5 27:6 28:22 30:9,13 33:12 44:10 47:8 | **W.L** 1:12 53:13 | **15** 24:5 26:22 29:19 29:21 50:2 | **7** |
| | **X** | **18** 1:18,21 10:22 11:1 | **713** 2:6,7,11,12 54:23 |
| **weren't** 13:24 49:5 | **X** 4:8 44:7 52:14 | **1900** 1:22 2:5 | **77008** 2:11 |
| **West** 1:23 2:5,10 | **Y** | **1910** 1:23 2:5 | **77024** 54:22 |
| **we'll** 4:1 17:15,16 17:17 | **Yeah** 10:3 22:5 46:24 | **1983** 6:19 | **77027** 2:6 |
| **we're** 4:4 6:10 15:19 17:12,13 23:13 40:23 41:14 | **year** 7:12 10:23 11:9 25:2,4,10 | **1999** 39:20 40:9 | **77069** 6:17 |
| | **years** 12:8 21:22 27:1 31:8 | **2** | **8** |
| **we've** 15:17 18:11 23:12 25:16 36:4 41:10 | **YORK** 1:12 53:13 | **2** 20:10 | **8537** 54:20 |
| | **young** 11:15 | **20** 50:2 | **880-2992** 2:11 |
| **WG** 1:12 53:12 | **$** | **2000** 11:3 41:6 | **880-5297** 2:12 |
| **withhold** 7:4 20:3 | **$15,000** 21:16 26:1 26:10,14 28:16 29:21 | **2001** 10:25 | **9** |
| **withholding** 17:22 18:21 19:4,19 35:22 36:5 | | **2007** 43:1 | **9:10** 1:21 |
| | **$25** 39:7 44:9 | **2010** 1:18,21 24:22 25:6 41:4,8 52:18 54:3,5,16 | |
| **witness** 1:20 3:3,6 19:10 22:3 34:9 34:13,16,18 44:4 51:1 53:23 54:1,3 54:4 | **$5** 44:11,12 | **22** 54:21 | |
| | **$9,750** 21:10,14,16 28:7,15,16 39:18 43:19,25 44:1,2 | **24th** 54:16 | |
| **word** 30:22 31:24 46:21 48:3,7 | **0** | **3** | |
| **work** 7:17 9:24 13:17 25:1,6,9 27:6,18 28:10,23 29:6 30:1,3,9 45:22,22 46:2 | **00:08** 54:8 | **3D/International** 1:22 2:5 | |
| | **00:55** 54:9 | **35** 3:11 | |
| | **01** 9:10 23:16 25:20 33:9 | **4** | |
| | **01463058** 6:22 | **4** 3:5 6:19 | |
| | **08** 24:14 25:15,17 25:18,21,21,21 27:4 28:12 | **402** 54:22 | |
| **worked** 7:11,21 8:6 8:8,18,19,21,24 9:2,5,9,13,19 12:14 13:21 14:3 22:13,18 25:4,7 27:21,22 42:10 | **09** 7:24 9:10,14,15 23:17,21,21 24:6 24:12,14 25:13 | **44** 3:5 | |
| | | **467-7943** 54:23 | |
| | | **5** | |
| | | **5** 15:6,10 16:4 17:8 17:21 18:18,20 19:4,19 20:6,17 20:25 21:1 35:22 | |