IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAURA MCKNIGHT, *et al.*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. H-09-3345 |
| D. HOUSTON, INC., d/b/a TREASURES, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

The parties' Joint Motion to Approve Settlement and to Conditionally Dismiss Case is granted. Based on the hearing held on January 26, 2011, the court finds that the settlement is fair and reasonable to all parties, reflects an arms' length negotiation and compromise of disputed claims, and is approved. This case is dismissed, without prejudice, pending funding of the settlement, and the filing of the settlement agreement and proposed final judgment. The parties have until **March 25, 2011** to file those documents and seek dismissal with prejudice and entry of a final judgment. Other than as specified in the settlement, costs and attorneys' fees are taxed against the party incurring them.

SIGNED on March 11, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge